ORIGINAL
BD

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 3 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Patrick Henry Murphy Jr
**Plaintiff**

v.

State of Texas, Dallas County
**Defendant**

Civil Action No. W07-00328

3:09CV1368-L

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

> This is a capital murder case in which I am seeking relief of my sentence, which is the death penalty

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unabe to obtain the services of counsel:

> I was unaware that I, the plaintiff, needed to make such efforts, therefore none were made.

Date: July 28, 2009

Signature: Patrick Henry Murphy Jr.

Print Name: Patrick Henry Murphy Jr #999461

Address: Polunsky Unit / 3872 FM 350 South

City, State, Zip: Livingston, Tx. 77351

Telephone:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Patrick Henry Murphy JR
Petitioner

vs.

State of Texas
Respondent(s)

§
§
§
§
§
§
§
§

DECLARATION IN SUPPORT
OF REQUEST FOR THE COURT
TO APPOINT COUNSEL

I, Patrick H. Murphy JR., declare that I am the petitioner in the above entitled case; that in support of my motion for the Court to appoint counsel, I state that because of my poverty, I am unable to retain the services of counsel by payment of fees or on a contingency basis, therefore I believe I am entitled to relief.

1. Are you presently employed?   ☐ Yes   ☒ No

   If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

   If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

   Febuary 1984
   Approx: $1500

CONTINUED ON NEXT PAGE

2. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No
    b. Rent payments, interest or dividends? ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
    d. Gifts or inheritances? ☐ Yes ☒ No
    e. Any other sources? ☐ Yes ☒ No

If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

3. Do you own cash, or do you have money in a checking or savings account?

☐ Yes ☒ No

If you answered **YES**, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes ☒ No

If you answered **YES**, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons (father, mother, spouse, etc.) and indicate how much you contribute toward their support. List only initials, not full names, of minor children.

None

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2009

Patrick H. Murphy JR.
Signature of Petitioner

3



N Houston P&DC 773
WED 29 JUL 2009 PM

Clerk of the U.S. District Court
1100 Commerce St. Rm: 1452
Dallas, Tx.
75242

RECEIVED
AUG - 3 2009

Patrick Murphy #999161
Polunsky Unit
3872 FM 350 South
Livingston, Tx. 77351

LEGAL MAIL