IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY,<br>    *Petitioner*, | §<br>§<br>§ | |
| V. | § | Civil Action No. 3:09-cv-01368-L |
| | § | ECF |
| NATHANIEL QUARTERMAN, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal Justice<br>Correctional Institutions Division,<br>    *Respondent.* | §<br>§<br>§ | |

## ORDER APPOINTING COUNSEL

On July 12, 2009, Patrick Henry Murphy ("Petitioner") filed a *Motion for Appointment of Federal Habeas Counsel* through counsel. (Doc. #1). On August 3, 2009, a duplicate motion for appointment of counsel was filed pro se. (Doc. #2.) Having reviewed the motions to appoint counsel, the Court finds that Petitioner is entitled to the appointment of counsel by the provisions of 18 U.S.C. § 3599(a)(2). *See McFarland v. Scott*, 512 U.S. 849, 855-58 (1994). The Court further finds that attorney **David R. Dow** possesses the background, knowledge, and experience to enable him to represent Petitioner with due consideration to the seriousness of the possible penalty and the unique and complex nature of the litigation, and is qualified and willing to accept this appointment as lead counsel. Accordingly, the Court orders as follows:

IT IS, THEREFORE, ORDERED that Petitioner's Motions for Appointment of Federal Habeas Counsel (doc.s ##1-2) should be, and they are hereby GRANTED, that **David R. Dow** is hereby appointed as lead counsel to represent Petitioner in this cause. Appointed counsel are entitled to compensation in accordance with Volume VII, Chapter II, of the Guide to Judicial Policies and Procedures, which Counsel is directed to read along with the instructions for form CJA 30 in order to ensure proper compensation for time and expenses incurred herein.

A copy of this Order along and CJA 30 forms shall be provided to appointed counsel at the following addresses:

LEAD COUNSEL    **David R. Dow**
Law Office of David R. Dow
412 Main St
Suite 1150
Houston, TX 77002
(713) 222-7788

SIGNED on this the 13 day of August, 2009.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE