IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:09-cv-01368-L |
| | § | ECF |
| RICK THALER, | § | (Death Penalty Case) |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## MOTION FOR LEAVE TO FILE *EX PARTE* APPLICATION UNDER SEAL

Patrick Henry Murphy, Petitioner, pursuant to Local Rule 79.3 of the United States District Court for the Northern District of Texas, asks this Court for leave to file *ex parte* and under seal his application for an order authorizing the release of certain mental health records. *See Patrick v. Johnson*, 37 F.Supp. 2d 815 (N.D. Tex. Mar. 8, 1999); *Shields v. Johnson*, 48 F.Supp. 2d 719 (S.D. Tex. May 7, 1999); *Dowthitt v. Johnson*, No. H-98-3282, 1998 WL 1986954 (S.D. Tex. Dec. 3, 1998). This motion has been filed and served to opposing counsel. Mr. Murphy asks this Court for leave to file his more detailed application under seal. Should the Court deny Mr. Murphy's request, he asks for an opportunity to withdraw the *ex parte* motion filed herewith.

A petitioner demonstrates the need for confidentiality in making his requests for reasonably necessary services by specifying the services needed and the broad issue or topic for which the services are required. *See Dowhitt*, 1998 WL 1986954, at *6 ("The statement of need for confidentiality merely must identify generically the type of services needed and the broad issues or topic (e.g. innocence) for which the services are necessary."). In the instant case, Petitioner seeks an order authorizing the release of the requested mental health records and all underlying data in order to develop potential claims relating to his punishment trial.

The requested order for authorization is reasonably necessary for the representation of Mr. Murphy in this proceeding. Petitioner asks this Court for leave to file his more detailed motion *ex parte* and under seal.

DATED: November 17, 2009
Houston, TX

Respectfully submitted,

/s/ David R. Dow

David R. Dow
Texas Bar No. 06064900
TEXAS DEFENDER SERVICE
412 Main Street, Suite 1150
Houston, TX 77002
Tel. (713) 222-7788
Fax (713) 222-0260

*Counsel for Patrick Henry Murphy*

## CERTIFICATE OF CONFERENCE

No conference has been held because opposing counsel has not made an appearance in these proceedings.

/s/ David R. Dow

---

David R. Dow

## CERTIFICATE OF SERVICE

On November 18, 2009, I served a copy of the foregoing pleading on the Office of the Attorney General by United States mail at the following address:

Office of the Attorney General
Post Office Box 12548
Austin, Texas 78711-2548

/s/ David R. Dow

---

David R. Dow