# EXHIBIT 6

*Dallas Morning News 2-10-01*

# Grant to help Dallas County pay for escapees' trials

### State criminal justice fund will provide $250,000, governor's office announces

*From Staff and Wire Reports*

Dallas County will receive a $250,000 grant to help defray the costs of the capital murder trials for six prison inmates who escaped from the Connally Unit in December, Gov. Rick Perry's office announced Friday.

The grant will be awarded through the Governor's Criminal Justice Division, and the money will be paid from the State Criminal Justice Planning Fund, which is funded through court costs and fees assessed on convicted defendants.

Dallas County estimates that it will spend $1.5 million to $3 million to house and prosecute the defendants. Under terms of the grant, Dallas County can seek reimbursement for a wide variety of costs associated with the incarceration and prosecution of the six surviving escapees.

State Rep. Domingo Garcia, D-Dallas, also has filed a bill in the Legislature seeking up to $1.2 million in reimbursement from state general revenues for the trials.

The governor signed extradition papers on all six of the fugitives on Jan. 25. Only inmate George Rivas has been returned to Texas. The others — Michael Rodriguez, Joseph Garcia, Randy Halprin, Patrick Murphy and Donald Newbury — remain in Colorado and are fighting extradition.

Mr. Rivas, Mr. Rodriguez, Mr. Garcia and Mr. Halprin were captured Jan. 23 by Colorado and federal officials. Mr. Murphy and Mr. Newbury surrendered the following day. A seventh fugitive, Larry Harper, committed suicide during a standoff with authorities in Colorado.

All six face capital murder charges in connection with the shooting death of Irving police Officer Aubrey Hawkins, who was killed on Christmas Eve when he responded to a robbery at an Irving sporting goods store.

Three of the five Texas fugitives still in Colorado were in El Paso County District Court on Friday as prosecutors added a second count — escape — to their extradition warrants. The three were driven from the Teller County Jail in Divide, Colo., to Colorado Springs, about 30 miles away, for the hearing before District Judge David Parrish.

Prosecutor David Gilbert said the hearing for Mr. Rodriguez, Mr. Garcia and Mr. Halprin was procedural and was held in Colorado Springs for the convenience of the lawyers and others. Mr. Gilbert said prosecutors wanted to add the count of escape from prison to the extradition warrant. The same count was added earlier in the week to the warrants seeking the return of Mr. Murphy and Mr. Newbury.

Lawyers for Mr. Rodriguez, Mr. Garcia and Mr. Halprin said in court Friday that they plan to contest their clients' extradition to Texas. If they file the necessary writs by Thursday, a hearing will be held Feb. 23 in Colorado Springs.

An extradition hearing for Mr. Newbury and Mr. Murphy is set for 1:30 p.m. Monday before District Judge Gilbert Martinez in Colorado Springs.

*The Associated Press contributed to this report.*

