# EXHIBIT 8

# 2 escapees still on run after 4 others arrested

## Pair may be 'higher threat'

**By Holly Becka**
*Staff Writer*

The two Texas escapees still on the run seemed the most unlikely to strike out on their own because they weren't considered leaders in the seven-member group, current and former law officers said Monday.

However, police haven't determined whether Donald Keith Newbury and Patrick Henry Murphy Jr. made a conscious decision to leave on their own or if they were lucky not to be around when the others were caught.

No matter which, the pair will be even more desperate — and dangerous, a former FBI profiler and hostage negotiator said.

"If you look at the individual threat ... these two present a higher threat than they did before without the other five being accounted for," Clint Van Zandt said.

"Their paranoia is going to be sky high."

Mr. Van Zandt said Colorado police and residents shouldn't count on finding the escapees in the brown van that officers described in a news conference about the two fugitives Monday afternoon.

"They're going to have to dump that car," Mr. Van Zandt said. "Whatever they do, they'll have to switch vehicles because that car is just too hot."

Officers involved in the manhunt say the men's desperation, combined with their violent criminal backgrounds, could be a recipe for further bloodshed.

Mr. Newbury is a convicted armed robber, Mr. Murphy a convicted burglar and rapist.

Officers taking part in the manhunt have been cautioned that Mr. Murphy and Mr. Newbury don't react well to stress or intimidation.

Officers predict that the two would respond with violence if confronted by police or well-intentioned citizens.

### Violent response likely

"Their response to pressure would likely be violence," one law enforcement officer said.

Mr. Newbury and Mr. Murphy left letters in their Connally Prison cells, the details of which have not been released.

The men lived in the same prison dormitory section, worked together in Connally's maintenance department and, authorities say, took part in the Christmas Eve robbery of Oshman's Super Sports USA in Irving, where Officer Aubrey Hawkins was slain.

Mr. Newbury once told authorities that he did not drink or use drugs, and that the adrenaline rush he received from committing robberies is what he lives for, according to prison documents.

Mr. Newbury, 38, was on parole for the aggravated robbery of another business when, on a July evening about three years ago, he walked into a La Quinta Inn in Austin with a sawed-off shotgun and demanded money.

The motel's clerk was not injured.

### 'Stressing' and 'cruising'

In his statement to Austin police, Mr. Newbury said that on the day of the robbery he was "stressing out" because of problems with his wife and had spent time "cruising."

He said he had his wife's shotgun in the car and sawed the barrel and the stock off.

Mr. Newbury said he didn't know why he chose the La Quinta.

"I parked my car on the road back behind the motel, stuck the shotgun in my pants under my shirt. I went in the back door to the lobby and went up to the cashier to ask her how much a room was," his statement said.

According to the La Quinta clerk's statement, Mr. Newbury "just stared [at] me and gave me this look. I stared back because I did not know what to say. He said, 'You are lucky.' When he started walking out, I said, 'Thank you.' He told me not to follow him."

Mr. Newbury got $68 from the robbery. A publicly aired surveillance video of the robbery and a Crime Stoppers tip led to his arrest about a month later.

Less is publicly known about Mr. Murphy.

He had been in prison longer than the other six escapees, and had the fewest visitors in the months before the Dec. 13 jailbreak, law-enforcement officials said.

They said he is an adherent of the Northern European mythological religion called Odinism.

Odin is the Scandinavian name of the god of wisdom, poetry, war and agriculture.

### Murphy considered weak link

According to the book *Religions of the World*, Odin bestowed victory and protected princely heroes, and his power was that of a divine sorcerer and a master of occult terrors.

He was also lord of the dead, and death in battle was the ultimate fate of his worshipers, the book says.

Law-enforcement experts have said that as a convicted sexual offender, Mr. Murphy could be considered a weak link among the escapees, because he might give in to sexual urges.

In February 1984, police caught Mr. Murphy, who was 23, and another man illegally inside a building in Dallas County.

When he was offered a chance for probation, he took it.

### High school classmates

Three days later, a young divorced mother was raped at knifepoint by an intruder she identified as Mr. Murphy.

She testified that she recognized the masked rapist's voice when he told her, "Keep your eyes shut and be quiet or something might happen."

She said she and her assailant had attended Irving High School.

Characterized by prosecutors as a "professional burglar rapist," Mr. Murphy was convicted of aggravated sexual assault and sentenced to 50 years in prison.

His half-sister said recently that Mr. Murphy would have been eligible for parole in about a year.

*Staff writer Brenda Rodriguez contributed to this report.*