# EXHIBIT 9

# Families fearing worst

## Relatives differ on feelings for last 2

By Steve McGonigle
and Brenda Rodriguez
*Staff Writers*

Donald Newbury has a wife who says she still loves him and is pleading for his safe return. Patrick Murphy Jr. has been rebuffed by relatives, who don't want him to hurt anyone else.

The families of both of the escapees fear the worst.

"Patrick is the type of guy who's going to fight to the very end," said Bruce White, an uncle. "That's just his style."

A forensic psychiatrist who analyzed George Rivas, the alleged ringleader of the group, in the mid-1990s said there may not be any turning back for the two remaining escapees.

"I can't imagine that they would give themselves up," said Dr. Richard Coons of Austin. "Now if somebody gets the drop on them, they might put down their guns instead of getting holes put in them. But they might not.".

Dr. Coons said it was a matter of time before the men would split up.

Mr. Newbury, 38, and Mr. Murphy, 39, remained at large after authorities arrested four of their fellow escapees Monday northwest of Colorado Springs, Colo. The pair, considered armed and dangerous, left the gang's hideout before authorities moved in. A seventh escapee fatally shot himself rather than surrender.

On the surface, it would appear the two men have little in common beyond a history of violent crime and their imprisonment at the Connally Unit in South Texas.

After spending almost his entire adulthood in prison for raping a former girlfriend, Mr. Murphy was looking to his future last year.

The possibility of a parole was drawing near, and he was talking to family members in Temple about coming to live with them. That is, until they told the convict they didn't want him around their young children.

"I think that kind of set him off," said Mr. White.

Mr. White, who said he had not had any contact with Mr. Murphy since a few months after his nephew went to prison in 1984, described Mr. Murphy as a troubled man prone to violence and obsessed with sexual conquests.

Although he hoped Mr. Murphy would surrender, Mr. White said he does not expect him to relinquish his freedom easily.

Mr. Murphy was the longest-serving of the seven prison inmates who escaped Dec. 13. He was 15 months shy of a possible release when he joined in the breakout.

While they had not corresponded in many years, Mr. White said, he learned from other family members that Mr. Murphy appeared to have adjusted well in prison and had learned to make wallets.

"He even sent his dad a billfold from prison," Mr. White said.

Other than his father, stepmother and a half-sister, Kristina Rogers, Mr. Murphy had not kept in contact with the remainder of his large extended family in many years, Mr. White said.

Ms. Rogers tearfully appealed to Mr. Murphy to surrender in a television interview last month.

On Tuesday, she said that she had not heard from him since the escape and didn't know why he broke out when he was so close to parole.

"Nobody will know that until this is all over," she said.

### Religious beliefs

Prison officials have described Mr. Murphy as the escapee who was the most isolated from his family. He was also said to have been a follower of Odinism, a religion based on the mythological Scandinavian god of war.

Death in battle was said to be the ultimate reward for worshipers, according to the book, *Religions of the World*.

His uncle said he was not aware of Mr. Murphy's obscure religious beliefs until he read about them in recent news stories. He said the reports made him question his nephew's sanity.

"I think he's psycho, myself," Mr. White said.

Dallas County records show that Mr. Murphy was married and divorced twice between 1980 and 1984. The second marriage produced a son, who is now 19 and living near his mother in East Texas. None could be reached for comment Tuesday.

In 1984, Mr. Murphy and a stepbrother were arrested for burglarizing a building in Dallas County. He hadn't been on probation for more than three days when he was arrested again in Irving on charges of sexual assault.

young woman Mr. Murphy was accused of raping at knifepoint in her apartment was a former classmate at Irving High School.

Mr. White said his nephew had a short fuse when it came to satisfying his carnal urges. "When somebody turns him down, he gets very hostile," Mr. White said.

Mr. Murphy admitted that he committed the rape, Mr. White said, but remained angry that his victim reported him to police.

A woman who answered the phone listed to Mr. Murphy's victim declined to speak with a reporter on Tuesday.

Mr. White, who lives in a Dallas suburb, said his family has been riveted to television news reports over the last two days. He said he feels hurt the most when he sees the family of Aubrey Hawkins, the Irving police officer allegedly gunned down by Mr. Murphy and his cohorts.

"You just don't take somebody's life, especially when they have kids," Mr. White said. "If I could see Patrick, I'd shoot him myself."

Jacqueline Newbury, however, said she prays for her husband's safety.

### 'I have nightmares'

"I wish he would give himself up," Ms. Newbury said at her mother's home in Marble Falls, 50 miles northwest of Austin.

"Day and night I think about it. I have nightmares," she said as she began to cry. "I'm afraid I might lose another husband."

Ms. Newbury's first husband was killed in 1994.

Ms. Newbury said she doesn't know how her husband got together with the other inmates but believed that he joined the escape scheme because he wanted to rejoin his family.

"Yeah, he committed a robbery, but nobody was ever killed. I'm not afraid of my husband," Ms. Newbury said. "He's never hurt me or my family. I know my husband, and I know he would never harm anybody."

Mr. Newbury was good to her five children from previous relationships, she said.

Prior to marrying Mr. Newbury in 1995, she had known him for about seven years. The couple met a friend's home in Marble Falls.

In his statement to Austin police, Mr. Newbury said that on the day of the robbery he was "stressing out" because of problems with his wife and that he had spent time "cruising."

Ms. Newbury said she hasn't seen her husband in about a year.

"I'm sure he still loves me, and I love him too," she said.

*Staff writers Nancy San Martin in Austin and Ed Timms contributed to this report.*

## REWARD CONTRIBUTIONS

Eight organizations have offered a total of $500,000 in reward money for information leading to the capture and indictment or conviction of the fugitives who escaped from the Connally Unit near Kenedy on Dec. 13. The contributors are as follows:

- $7,000 — State of Texas
- $10,000 — North Texas Loss Prevention Managers Association
- $15,000 — Schepps Dairy
- $35,000 — Crime Stoppers
- $60,000 — U.S. Bureau of Alcohol, Tobacco and Firearms
- $100,000 — Bondjumper.com
- $133,000 — City of Irving
- $140,000 — FBI

Note: Irving police said more reward donations were offered Tuesday but declined to give specifics.