# EXHIBIT 28

February 14, 2003

**Inquiry leads to new leadership for charity**

The Carl B. and Florence E. King Foundation is under new management after the Texas attorney general's investigation into salaries and expenses at the agency. 38A

## TEXAS & SOUTHWEST

**Court to hear appeal on school finance plan**

The Texas Supreme Court agreed to decide whether wealthy school districts can challenge the school finance law even as legislators consider a plan to repeal the system in two years. 36A

**Healthier school diet?**

Public school students would have less access to vending machine food and could get healthier meals under legislation proposed Thursday. 39A

**INDEX**


Briefs ... 38A
Texas & Southwest ... 36-44A
Obituaries ... 40-44A
Overnight ... 43A
Weather ... 46A


# Fair kicks in cash to keep game

By COLLEEN McCAIN NELSON

... Cotton Bowl. An agreement ... the schools' contract ... stadium rental fees.

The fair also committed to exploring options for adding temporary seats to the Cotton Bowl and, eventually, permanent seats and 16 luxury suites.

The contract runs through 2006, but the schools have an annual option to ... the agreement.

... already had announced plans to add temporary seating to the Cotton Bowl, but they also committed ... to work with the city of Dallas ... 16 suites and to permanently increase capacity by anywhere from 6,000 to 10,000. The agreement also calls for improvements to ... concession areas.




FILE 2002/Staff Photo

Fans of the game, such as Jared Howard, can breathe a sigh of relief (at least through 2006).

Nancy Wiley, senior vice president of marketing and public relations for the fair, said a proposal was sent to both schools late Wednesday.

The new contract waives the

by ... Econ... Current yea... Additional re... schoo... Stadi... *Prima... the 35,700 ... SOURCE: ...

$95,000 sta... the next four ... to raise $150,... the schools' tr...

Ms. Wiley conveyed the ... game.

"It's a won... the state fair i... as dollars," she ... joy a positive i...

See UT-...

# Escapee sentenced to die for slaying

## Garcia is fourth to be sent to death row for Irving officer's murder

By HOLLY BECKA
Staff Writer

A Dallas County jury deliberated nearly three hours Thursday before sentencing escapee Joseph Garcia to die by injection for the capital murder of an Irving patrolman.

It was the lengthiest punishment deliberation yet in the ongoing series of trials for six Texas prison escapees. They're being tried in the Christmas Eve 2000 shooting of 29-year-old Officer Aubrey Hawkins outside an Oshman's sporting goods store.

Mr. Garcia was the fourth escapee to be convicted and sentenced to death after deliberations that lasted two hours and 50 minutes. Preliminary jury selection has already begun for the fifth trial, that of escapee Randy Halprin.

Juries deliberated about an hour and a half before sentencing escapee Michael Rodriguez to death and about an hour be-

See ESCAPEE Page 38A



IRWIN THOMPSON/Staff Photographer

Joseph Garcia (center) and attorney Brad Lollar listen as Judge Vickers Cunningham reads the jury's decision.

**Art historian's lecture postponed until March**

The lecture by Dr. Regenia Perry, an art historian, scheduled for Saturday at the African American Museum, 3536 Grand Ave. at Fair Park, has been postponed until March. Hands-on art activities will be available from 11 a.m. to 4 p.m. Call 214-565-9026.

swimming and diving instructor, law enforcement officials say. [illegible] say their hands have been tied because the statute of limitations had expired.

Mr. Hallman's charges, however, may have opened a door for many of the men the Sheriff's Department has interviewed in recent weeks.

The allegations of abuse surfaced in a lawsuit filed in state district court last month by Will Hallman and his parents, William and Nancy Hallman. Will Hallman also has given a sworn statement to Tarrant County investigators,

# Escapee sentenced to death in slaying

*Continued from Page 37A*

fore returning the same sentences against ringleader George Rivas and escapee Donald Newbury.

Defense attorneys for Mr. Garcia, 31, argued that he deserved to be confined in a solitary prison cell the rest of his life. Defense attorney Brad Lollar urged jurors to consider Mr. Garcia's abusive and neglectful background, which Mr. Lollar said reduced his client's moral responsibility and explained some of his actions.

"Each of you were blessed with someone in your life that gave you direction," Mr. Lollar said. "Joseph never had any of that at all."

Mr. Garcia's aunt, former wife, former mother-in-law and former Child Protective Services caseworker testified in his defense. They said his destitute and uneducated family subjected him to neglect and emotional and physical abuse. His mother, who was hooked on drugs and men before she died from AIDS, moved in and out of his life, according to testimony.

Prosecutors Toby Shook and Tom D'Amore said Mr. Garcia had been serving a 50-year prison term for brutally stabbing a man to death when he escaped Dec. 13, 2000, from the maximum-security Connally Prison Unit in South Texas.

Michael Luna of San Antonio suffered 19 stab wounds to his torso and seven facial slashes after an argument with Mr. Garcia in February 1986.

Prosecutors cited testimony from prison guards and Oshman's employees that Mr. Garcia threatened and bullied them.

Mr. Shook said that Mr. Garcia has never shown remorse for killing Mr. Luna and that his behavior in prison positioned him to escape. Mr. Shook said that if Mr. Garcia received a life term, he would plot to escape, wreak more havoc and harm more victims.

"If you're capable of murder-


Aubrey Hawkins

ing an officer in this manner, you're capable of anything," Mr. Shook argued.

Officer Hawkins had been dispatched to investigate a suspicious-persons call, but he interrupted the escaped convicts' armed robbery of the business. Prosecutors said that the patrolman was slain within 24 seconds of arriving and that the escapees stole 44 guns and $100,000 in cash.

Mr. Luna's father, Mike Luna, delivered a victim-impact statement in which he thanked investigators and prosecutors in his son's and Officer Hawkins' cases. He introduced his family gathered in court and spoke kindly to Mr. Garcia's loved ones.

"You didn't let him down," Mr. Luna said. "He let himself down. ... Today is not a proud day, but a day we will remember for the rest of our lives."

Jayne Hawkins, the officer's mother, said she thought the string of trials would get easier, but instead they've become more difficult.

"This trial is the same song, fourth verse," she said. "My heart will not rest ... and I don't feel Aubrey is at peace until they are over. Aubrey faced each one of you, and I will face each one of you."

She urged more reforms at the Texas Department of Criminal Justice, which she partly blames for her son's murder. She encouraged Mr. Garcia to take responsibility for his actions.

Ms. Hawkins said the escapees would never spoil her memory of her son's gentle spirit, and she thanked jurors for their verdict.

"Justice was done for my son today."

E-mail hbecka@dallasnews.com

# Parents, gi

*Continued from Page 37A*

sons contend, is enough to cause alarm and justify a 90-day suspension. But they said Terry had written another poem a week before in which he also made morbid references to their daughter.

In addition, they said, Terry had threatened to "smack down" Allison during a classroom argument that a vice principal had to quell. Allison also said that Terry had been harassing her all year because she is ranked ahead of him in their senior class and that he keeps a binder of classmates whom he considers academic "rivals."

Terry has acknowledged the "smack down" comment, but he said that was only banter during a classroom argument, that he didn't

## LOTT

### LOTTO TEXAS

Wednesday

**1 18 20 21 52 54**

Jackpot: $5 million
Number of winners: 1
Winning ticket sold in: Midland

Wednesday's results

| | Prize | Winners |
|---|---|---|
| 6 of 6 | [illegible] | 1 |
| 5 of 6 | [illegible] | 22 |
| 4 of 6 | [illegible] | 2,027 |
| 3 of 6 | [illegible] | 46,142 |

Next drawing: Saturday
Estimated jackpot: [illegible]

### CASH 5

Thursday: [illegible]

Wednesday's results

| | Prize | Winners |
|---|---|---|
| 5 of 5 | $42,383 | 1 |
| 4 of 5 | [illegible] | 169 |
| 3 of 5 | $8 | 5,385 |
| 2 of 5 | $2 | [illegible] |