# EXHIBIT 29

June 13, 2003

# Fifth to die in officer's slaying



Photos by ALLISON V. SMITH/Staff Photographer

Randy Halprin maintained he was a reluctant participant in the Christmas Eve 2000 robbery and shooting of an officer.

## THE ESCAPEES NOW

A look at the status of the seven prison escapees accused in the Christmas Eve 2000 death of Irving police Officer Aubrey Hawkins:

**George Rivas:** Convicted of capital murder on Aug. 21, 2001; sentenced to death Aug. 29, 2001. Currently on death row pending appeal.
**Donald Keith Newbury:** Convicted of capital murder on Jan. 18, 2002; sentenced to death Jan. 28, 2002. Currently on death row pending appeal.
**Michael Rodriguez:** Convicted of capital murder on May 2, 2002; sentenced to death May 9, 2002. Currently on death row pending appeal.
**Joseph Garcia:** Convicted of capital murder on Feb. 6; sentenced to death Feb. 13. Currently on death row pending appeal.
**Randy Halprin:** Convicted of capital murder on Monday; sentenced to death Thursday.
**Patrick Murphy:** Scheduled for trial this year.
**Larry Harper:** Committed suicide in Colorado as authorities moved to arrest him and the other escapees.

## Jurors believed escapee fired at least one shot

By ROBERT THARP
Staff Writer

Like four fellow prison escapees before him, Randy Halprin was condemned to die Thursday for his role in the shooting death of an Irving police officer during a botched Christmas Eve 2000 robbery.

Jurors deliberated more than six hours and were sequestered overnight Wednesday as they considered whether to sentence Mr. Halprin to life in prison or the death penalty. Attorneys who talked with jurors after the trial said the panel ultimately was unswayed by Mr. Halprin's testimony that he was a reluctant participant in the robbery and shooting.

Although Mr. Halprin and his attorneys, George Ashford and Ed King, maintained that the former Arlington resident fired no shots during the robbery, jurors pored over investigation notes and diagrams and determined



"You're just pathetic to me, like a lost soul," Jayne Hawkins, the slain officer's mother, said during court Thursday.



Aubrey Hawkins

that the 25-year-old contributed at least one gunshot to the hail of bullets that left Officer Aubrey Hawkins dead.

"They did a lot of calculating to determine how many shots were fired. ... They determined that he fired at least one shot," Mr. Ashford said.

Under Texas law, Mr. Halprin could still have received the death penalty even if he didn't fire a weapon, provided that jurors determined that, in his participation in the armed robbery, he anticipated that someone might be killed.

Mr. Halprin cried after the

*See* **ESCAPEE** *Page 4B*

# Escapee to die in officer's slaying; jurors point to violent past

Continued from Page 1B

sentence was announced and during a lengthy statement from Officer Hawkins' mother, Jayne Hawkins, who demanded that he look her in the eyes.

"I don't know why you're crying. ... You're just pathetic to me, like a lost soul," she said.

Jurors agreed that Mr. Halprin had a difficult childhood — it included being removed from his biological family at age 5 because of child abuse, adolescent drug use and reform school — but they did not consider the experiences enough to mitigate his responsibility for the crime, defense attorneys said.

Jurors indicated to attorneys that they were particularly incensed by Mr. Halprin's testimony under cross-examination, when he described in detail severely beating a Fort Worth toddler in 1996. In that case, Mr. Halprin confessed to striking and kicking the child because he was crying, causing a broken arm, two broken legs and numerous bruises.

Mr. Halprin had no relatives in the courtroom for the trial. Although two young women who have developed pen pal relationships with him since his arrest hugged and sobbed after his punishment was announced.

Mr. Halprin is the fifth member of the so-called Texas Seven prison gang to stand trial for Officer Hawkins' death. The sixth living member, Patrick Murphy, remains at the Dallas County Jail awaiting trial this year. A seventh gang member committed suicide before he could be arrested.

The men broke out of the Connally Unit prison near San Antonio on Dec. 13, 2000, and committed a string of robberies that culminated with the holdup of an Oshman's SuperSports USA store in Irving.

Officer Hawkins had just finished a holiday dinner with family at a restaurant just across the highway when he was dispatched to investigate suspicious activity at the store. He was ambushed when he drove up as the men were loading a cache of stolen guns, camping supplies and more than $70,000 in cash. Officer Hawkins was killed by 11 shots linked by investigators to five different guns.

The men fled to Colorado, where they lived in an RV park near Colorado Springs for about three weeks until a neighbor recognized them from media reports and alerted police.

As in the four previous trials, Ms. Hawkins was allowed to confront the defendant and make a statement about her son's death.

"Somewhere in your impure heart I hope that you choose to get right with yourself," she said. "That you become personally responsible for ruining your own life."

E-mail rtharp@dallasnews.com



# Meteorite may have had a big impact — like mass extinction

UT Arlington scientist helped to link event to North Africa site

By ALEXANDRA WITZE
Science Writer

A meteorite hit Earth 380 million years ago with such force that it may have been responsible for the great extinction that occurred around that time, researchers have found.

In Friday's issue of the journal extinctions that are related to impacts than we have ever realized," said Rex Crick, a geologist at UTA and member of the research team.

Dr. Crick has worked in the western Sahara for more than a decade, studying rocks from the middle of the Devonian Period, about 380 million years ago. To help with the project, he called on geologist Brooks Ellwood, formerly of UTA and now a professor at Louisiana State University in Baton Rouge, who specializes in the magnetism of ancient rocks.

ny rock beads that resemble those sprayed outward by an impact, and a shift in carbon chemistry that indicated environmental disaster.

"The evidence really looks good," said David Kring, an impact expert at the University of Arizona in Tucson.

The researchers can't say exactly where the meteorite hit or how large it was. But they say it's the best explanation yet for the mid-Devonian extinction, in which many families of mollusks,