# EXHIBIT 33

**GOEBEL & VIGEN**
3218 LINE AVENUE, SUITE 111
SHREVEPORT, LOUISIANA 71104

(318) 425-2000

BROOK BUSBEE
ATTORNEY AT LAW
703 McKINNEY AVE, STE 312
DALLAS, TX 75202

THIS IS A STATEMENT OF YOUR ACCOUNT ON THE BELOW DATE. ANY CHARGES OR PAYMENTS MADE AFTER THIS DATE WILL APPEAR ON NEXT MONTH'S STATEMENT.

ACCOUNT NO. 383-6 
STATEMENT DATE 11/21/03 

**AMOUNT PAID $**_____

A FINANCE CHARGE of ___ % PER MONTH equal to an ANNUAL PERCENTAGE RATE of ___ % PER ANNUM

will be added to the unpaid balance of ___ days or more past due as the billing date appearing on this statement. Payments and other credits are deducted from the Previous Balance before computing the FINANCE CHARGE.

*TO INSURE PROMPT CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN THIS TOP PORTION OF YOUR STATEMENT WITH YOUR PAYMENT*

| DATE | PROCEDURE | PATIENT NAME | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/30/03 | Phone Consult/Busbee-.5 hr | PATRICK MURPHY* | Mark P Vigen | 100.00 | | 100.00 |
| 9/4/03 | Phone Consult/Busbee-.5 hr | PATRICK MURPHY* | Mark P Vigen | 100.00 | | 200.00 |
| 10/10/03 | Travel Time-7.0 hrs | PATRICK MURPHY* | Mark P Vigen | 1400.00 | | 1600.00 |
| 10/10/03 | Evaluation-4.0 hrs | PATRICK MURPHY* | Mark P Vigen | 800.00 | | 2400.00 |
| 10/19/03 | Document Review-2.0 hrs | PATRICK MURPHY* | Ronald A Goebel | 400.00 | | 2800.00 |
| 10/20/03 | Phone Consult/Busbee-2.0 hrs | PATRICK MURPHY* | Mark P Vigen | 400.00 | | 3200.00 |
| 10/23/03 | Document Review-1.5 hrs | PATRICK MURPHY* | Ronald A Goebel | 300.00 | | 3500.00 |
| 10/24/03 | Case Preparation-2.0 hrs | PATRICK MURPHY* | Mark P Vigen | 400.00 | | 3900.00 |
| 10/24/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 4600.00 |
| 10/24/03 | Consult/Busbee-1.0 hr | PATRICK MURPHY* | Mark P Vigen | 200.00 | | 4800.00 |
| 10/25/03 | Evaluation-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 5400.00 |
| 10/25/03 | VisitCrime Scene-1.0 hr | PATRICK MURPHY* | Mark P Vigen | 200.00 | | 5600.00 |
| 10/25/03 | Consult/Busbee-1.0 hr | PATRICK MURPHY* | Mark P Vigen | 200.00 | | 5800.00 |
| 10/25/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 6500.00 |
| 11/2/03 | Document Review-4.5 hrs | PATRICK MURPHY* | Ronald A Goebel | 900.00 | | 7400.00 |

Current 17,471.59  30 Days 300.00  60 Days 0.00
90 Days 0.00  120 Days 0.00  150+Days 0.00

Please Pay This Amount ➡

GOEBEL & VIGEN   3218 LINE AVENUE, SUITE 111
SHREVEPORT, LOUISIANA 71104   (318) 425-2000

# GOEBEL & VIGEN

3218 LINE AVENUE, SUITE 111
SHREVEPORT, LOUISIANA 71104

(318) 425-2000

BROOK BUSBEE
ATTORNEY AT LAW
703 MCKINNEY AVE. STE 312
DALLAS, TX 75202

THIS IS A STATEMENT OF YOUR ACCOUNT ON THE BELOW DATE. ANY CHARGES OR PAYMENTS MADE AFTER THIS DATE WILL APPEAR ON NEXT MONTH'S STATEMENT.

ACCOUNT NO. 383-6
STATEMENT DATE 11/21/03

## AMOUNT PAID $ _____



A FINANCE CHARGE of ____ % PER MONTH equal to an ANNUAL PERCENTAGE RATE of ____ % PER ANNUM will be added to the unpaid balance of ____ days or more past due as the billing date appearing on this statement. Payments and other credits are deducted from the Previous Balance before computing the FINANCE CHARGE.

*TO INSURE PROMPT CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN THIS TOP PORTION OF YOUR STATEMENT WITH YOUR PAYMENT*

| DATE | PROCEDURE | PATIENT NAME | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | | | 400.00 | | 7800.00 |
| 11/3/03 | Document Review-2.0 hrs | PATRICK MURPHY* | Ronald A Goebel | 400.00 | | 8000.00 |
| 11/4/03 | Document Review-1.0 hr | PATRICK MURPHY* | Ronald A Goebel | 200.00 | | 8100.00 |
| 11/5/03 | Document Review-.5 hr | PATRICK MURPHY* | Ronald A Goebel | 100.00 | | 8300.00 |
| 11/6/03 | Document Review-1.0 hr | PATRICK MURPHY* | Ronald A Goebel | 200.00 | | 9700.00 |
| 11/9/03 | Travel Time-7.0 hrs | PATRICK MURPHY* | Mark P Vigen | 1400.00 | | 10100.00 |
| 11/9/03 | Consult/Patrick,Sr&Kristina-2.0 | PATRICK MURPHY* | Mark P Vigen | 400.00 | | 10900.00 |
| 11/9/03 | Consult/Busbee-4.0 hrs | PATRICK MURPHY* | Mark P Vigen | 800.00 | | 11100.00 |
| 11/10/03 | Document Review-1.0 hr | PATRICK MURPHY* | Ronald A Goebel | 200.00 | | 11300.00 |
| 11/11/03 | Consult/R.Goebel-1.0 hr | PATRICK MURPHY* | Mark P Vigen | 200.00 | | 11600.00 |
| 11/11/03 | Document Review-1.5 hrs | PATRICK MURPHY* | Ronald A Goebel | 300.00 | | 11900.00 |
| 11/12/03 | Document Review-1.5 hrs | PATRICK MURPHY* | Ronald A Goebel | 300.00 | | 12100.00 |
| 11/12/03 | Consult/R.Goebel-1.0 hr | PATRICK MURPHY* | Mark P Vigen | 200.00 | | 12400.00 |
| 11/13/03 | Document Review-1.5 hrs | PATRICK MURPHY* | Ronald A Goebel | 300.00 | | 13100.00 |
| 11/13/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 13500.00 |
| 11/14/03 | Document Review-2.0 hrs | PATRICK MURPHY* | Ronald A Goebel | 400.00 | | |

Current 17,471.59  30 Days 300.00  60 Days 0.00
90 Days 0.00  120 Days 0.00  150+Days 0.00

Please Pay This Amount →

GOEBEL & VIGEN        3218 LINE AVENUE, SUITE 111
                     SHREVEPORT, LOUISIANA 71104        (318) 425-2000

## GOEBEL & VIGEN
3218 LINE AVENUE, SUITE 111
SHREVEPORT, LOUISIANA 71104

(318) 425-2000

BROOK BUSBEE
ATTORNEY AT LAW
703 McKINNEY AVE, STE 312
DALLAS, TX 75202

THIS IS A STATEMENT OF YOUR ACCOUNT ON THE BELOW DATE. ANY CHARGES OR PAYMENTS MADE AFTER THIS DATE WILL APPEAR ON NEXT MONTH'S STATEMENT.


ACCOUNT NO. 383-G


STATEMENT DATE 11/21/03

**AMOUNT PAID $**_____

A FINANCE CHARGE of ____% PER MONTH equal to an ANNUAL PERCENTAGE RATE of ____% PER ANNUM will be added to the unpaid balance of _____ days or more past due as the billing date appearing on this statement. Payments and other credits are deducted from the Previous Balance before computing the FINANCE CHARGE.

*TO INSURE PROMPT CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN THIS TOP PORTION OF YOUR STATEMENT WITH YOUR PAYMENT*

| DATE | PROCEDURE | PATIENT NAME | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/14/03 | Evaluation/Patrick-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 14100.00 |
| 11/14/03 | Consult/Skinner;Crowder;LaCrit | PATRICK MURPHY* | Mark P Vigen | 300.00 | | 14400.00 |
| 11/14/03 | Interview/P.Murphy,11-2.0hrs | PATRICK MURPHY* | Mark P Vigen | 400.00 | | 14800.00 |
| 11/14/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 15500.00 |
| 11/16/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 16200.00 |
| 11/16/03 | Interview/L.Goodman-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 16800.00 |
| 11/16/03 | Interview/S.Fontenot-.75 hr | PATRICK MURPHY* | Mark P Vigen | 150.00 | | 16950.00 |
| 11/16/03 | Consult/Busbee&Sanches-2.0 hrs | PATRICK MURPHY* | Mark P Vigen | 400.00 | | 17350.00 |
| 11/17/03 | County Treasurer-Dallas County | BROOK BUSBEE | | | 2500.00 | 14850.00 |
| 11/17/03 | County Treasurer-Dallas County | BROOK BUSBEE | | | 2500.00 | 12350.00 |
| 11/17/03 | Interview/D&B Crocket-.75 hr | PATRICK MURPHY* | Mark P Vigen | 150.00 | | 12500.00 |
| 11/17/03 | Travel Time-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 13100.00 |
| 11/17/03 | Interview/Bellow-.5 hr | PATRICK MURPHY* | Mark P Vigen | 100.00 | | 13200.00 |
| 11/17/03 | Travel Time-.5 hr | PATRICK MURPHY* | Mark P Vigen | 100.00 | | 13300.00 |
| 11/17/03 | Case Prep-4.0 hrs | PATRICK MURPHY* | Mark P Vigen | 800.00 | | 14100.00 |

Current 17,471.59  30 Days 300.00  60 Days 0.00
90 Days 0.00  120 Days 0.00  150+Days 0.00

Please Pay This Amount ⇨

GOEBEL & VIGEN          3218 LINE AVENUE, SUITE 111          (318) 425-2000
                        SHREVEPORT, LOUISIANA 71104

# GOEBEL & VIGEN

3218 LINE AVENUE, SUITE 111
SHREVEPORT, LOUISIANA 71104

(318) 425-2000

BROOK BUSBEE
ATTORNEY AT LAW
703 McKINNEY AVE, STE G12
DALLAS, TX 75202

THIS IS A STATEMENT OF YOUR ACCOUNT ON THE BELOW DATE. ANY CHARGES OR PAYMENTS MADE AFTER THIS DATE WILL APPEAR ON NEXT MONTH'S STATEMENT.

ACCOUNT NO. 383-6
STATEMENT DATE 11/21/03

## AMOUNT PAID $ _____



A FINANCE CHARGE of ___ % PER MONTH equal to an ANNUAL PERCENTAGE RATE of ___ % PER ANNUM will be added to the unpaid balance of ___ days or more past due on the billing date appearing on this statement. Payments and other credits are deducted from the Previous Balance before computing the FINANCE CHARGE.

TO INSURE PROMPT CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN THIS TOP PORTION OF YOUR STATEMENT WITH YOUR PAYMENT

| DATE | PROCEDURE | PATIENT NAME | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/18/03 | Case Preparation w/atty-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 14700.00 |
| 11/18/03 | *Expense Reimbursement (10/10- | PATRICK MURPHY* | Mark P Vigen | 1021.59 | | 15721.59 |
| 11/19/03 | Court Observation-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 600.00 | | 16321.59 |
| 11/19/03 | Court Testimony-3.0 hrs | PATRICK MURPHY* | Mark P Vigen | 750.00 | | 17071.59 |
| 11/19/03 | Travel Time-3.5 hrs | PATRICK MURPHY* | Mark P Vigen | 700.00 | | 17771.59 |

*See attached itemization

| Current | 17,471.59 | 30 Days | 300.00 | 60 Days | 0.00 |
| 90 Days | 0.00 | 120 Days | 0.00 | 150+Days | 0.00 |

Please Pay This Amount → 17771.59

GOEBEL & VIGEN    3218 LINE AVENUE, SUITE 111    (318) 425-2000
SHREVEPORT, LOUISIANA 71104

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| October 10, 2003 | Gasoline | $16.18 |
| October 12, 2003 | Gasoline | $20.25 |
| October 24, 2003 | Gasoline | $16.40 |
| October 24, 2003 | Hotel Expense | $149.85 |
| October 25, 2003 | Gasoline | $17.22 |
| November 1, 2003 | Gasoline | $17.45 |
| November 9, 2003 | Gasoline | $18.72 |
| November 9, 2003 | Gasoline | $18.44 |
| November 13, 2003 | Hotel Expense | $171.35 |
| November 16-19, 2003 | Hotel Expense | $510.09 |
| November 17, 2003 | Gasoline | $19.15 |
| November 18, 2003 | Gasoline | $14.34 |
| November 18, 2003 | Parking | $5.00 |
| November 18, 2003 | Gasoline | $27.15 |
| | TOTAL EXPENSES: | $1,021.59 |