# EXHIBIT 35

| | |
|---|---|
| THE STATE OF TEXAS | ) |
| | ) |
| COUNTY OF BELL | ) |

### AFFIDAVIT OF PATRICK HENRY MURPHY SR.

Before me, the undersigned authority, personally appeared Patrick Henry Murphy Sr., who was sworn and says under oath:

1. My name is Patrick Henry Murphy, Sr. I am over the age of 18 and otherwise competent to give this affidavit.

2. I was born in Dallas on July 3, 1942. I am the oldest of eight children. My parents were Henry Murphy and Florence Hill.

3. Patrick Murphy Jr. is my son. His mother was Carol Goodman. We were married on December 27, 1960. Patrick was born on October 3, 1961 in Dallas at Parkland Hospital.

4. Carol was still in high school when we got married, and she got pregnant not long after.

5. Carol got pregnant again when Patrick was a few months old, but she miscarried.

6. I was married to Carol for about eighteen months. I moved out in the summer of 1962, but Patrick stayed with this mother.

7. Carol was not a good wife or a good mother. She did not want to be tied down and didn't want the responsibility of taking care of her son. Looking back on it, I think it was a mistake for Patrick to stay with Carol.

8. I saw Patrick every now and then when he was young. But I didn't see Patrick from the time he was three years old until he was nine years old and came to live with me.

9. Patrick and his mother moved around constantly during those years. There were always men in and out of Carol's life.

10. Patrick spent a lot of time with his maternal grandmother when he was living with Carol. His grandmother verbally abused and whipped Patrick. She also taught him how to shoplift from a young age.

1

11. All told, Patrick had seven different 'step fathers' that I know about. I don't know how many of them were legally married to Carol and how many were just men that she lived with. I believe many of them abused Patrick, both physically and sexually.

12. Patrick started running away from Carol a lot even when he was still a little boy. I don't know where he would go when he ran away or how long he would stay gone.

13. The last time Patrick ran away from Carol, he was nine years old. Carol called me when she couldn't find Patrick and said I had to come get him. Carol said she couldn't handle him anymore.

14. My whole family went looking for him. We found him hiding in an abandoned school bus. He was filthy. He had ringworms in his hair and a skin infection. He had sores on his legs and arms. When I picked him up, he clung to me and seemed like he was afraid. My brother had to drive the car home because Patrick wouldn't let go of me. He was pitiful.

15. I asked Carol for Patrick's clothes. She said that all he had were the clothes he was wearing. He didn't even have a toothbrush.

16. After Patrick came to live with me, Carol never came to visit him once. As far as I know, she never even called to check on him.

17. When Patrick came to live with me, I was married to a woman named Patricia. We were married for over 30 years.

18. When Patrick came to live with me, I was a long haul trucker. My job kept me away from home a lot. Patricia had to raise Patrick and our daughter Kristina, who was just a baby.

19. Patricia was strict with Patrick. She would use a belt on him when he misbehaved. She did her best to provide him with a loving home, but I think that Patrick was already ruined from living with his mother. There wasn't anything that we could do with him.

20. Patrick clearly had severe emotional and behavioral problems by this time.

21. Patrick would constantly lie and steal. He had not learned anything about telling right from wrong from his years living with his mother. He didn't even know how to brush his teeth or take a bath. Patricia had to show him how to do both of those things.

22. I know that Patrick wanted more time and attention from me, but I had to earn a living. Patrick would run away to try to get me to come home. I tried to explain that I had to work to earn a living, but Patrick just kept running away.

23. Eventually I did get a job closer to home. That happened after Patricia called me and said that my daughter Kristina didn't even know me.

24. Patrick lived in my house until he was around seventeen. While he was living with me he started using drugs.

25. He started having problems at school. He got into fights all the time and got kicked out of his high school's JROTC program for fighting with the person running it. He started skipping a lot.

26. He also started getting arrested for stealing. He would miss even more school when he was locked up.

27. When he was seventeen, Patrick ran away from my house for good. That happened after he totaled a friend's car.

28. After Patrick ran away, he moved into a homeless shelter and church run by a Don Ballinger in Dallas. Supposedly, Patrick was in training to become a minister for the church, but he was also having sex with Ballinger. Ballinger was in his thirties and married with children. Patrick was still a teenager. I think Ballinger was taking advantage of Patrick.

29. Before Patrick's trial, I only talked to one person who was working on his case. That was a lady attorney named Brooke Busbee. I only talked to her once before she called me to testify at Patrick's trial. I went to her office one morning during the trial. We talked just a few minutes and we did not even sit down before she rushed off to the trial. We never talked about what she was going to ask me to testify about. We never talked again before she called me to testify, and I never talked to anyone else from Patrick's defense team.

3

_____
Patrick Henry Murphy Sr.

Sworn and subscribed to before me, the undersigned notary public on this 24th day of June, 2010.



_____
Notary Public for the State of Texas

My commission expires: 9/6/13

4