# EXHIBIT 36

THE STATE OF INDIANA             )
                                 )
COUNTY OF BLACKFORD              )

### AFFIDAVIT OF LINDA GOODMAN

Before me, the undersigned authority, personally appeared Linda Goodman, who was sworn and says under oath:

1. My name is Linda Goodman. I am over the age of 18 and otherwise competent to give this affidavit.

2. I was born in 1948 in San Antonio, and I now live in Indiana. Patrick Henry Murphy Jr. is my nephew. His mother Carol Goodman was my sister. Patrick's father is Patrick Henry Murphy Sr.

3. Carol got pregnant and married Patrick Sr. when she was still in high school.

4. Carol never wanted to be a mother and resented Patrick for existing. She felt that after getting pregnant with him, her high school education was interrupted and own life was put on hold. She had to quit high school because her doctor was worried about her riding on the school bus over bumpy roads. She wanted to marry to escape her home life but did not want the responsibility of children.

5. I was twelve years old when Patrick was born.

6. Not long after Carol had Patrick, she got pregnant again. This probably happened three or four months after Carol had Patrick. Patrick Sr. didn't want to have another baby. Patrick Sr. knocked Carol across the room, and she miscarried.

7. Carol started abandoning Patrick at a very young age. She would drop him off at my parents' house and be gone for days or weeks at a time. The first time this happened, Patrick was only a year old. Carol was gone for over two weeks.

8. Carol abandoned Patrick all the time during the first five years of Patrick's life. I'd say that about a third of the time Carol would leave Patrick at my parents' house.

9. Carol wouldn't bring clothes or food for Patrick. She wouldn't call to check on him while she was gone.

1

10. Since both of my parents worked, I was the one who would take care of Patrick. But I was just a kid myself.

11. Carol started drinking and using drugs not long after Patrick was born. When she would leave him at my parents' house, she would come back very hyper like she had been on drugs.

12. Carol and Patrick Sr. were only married for about a year and a half. After they divorced, Patrick would go to Patrick Sr.'s house for visitation. Once Patrick Sr. didn't return Patrick after the weekend. I went with Carol to court to get Patrick back. Patrick Sr. and his mother brought Patrick into the courtroom with a diaper pin stuck through his skin. He was wearing a diaper that was filthy and that he had messed in more than once. He also had marks on his body that looked like somebody had put a cigarette out on him. His bottle had clabbered, sour milk in it. After that, Patrick didn't go to Patrick Sr. for visitation anymore. As far as I know, Patrick didn't see his father again until Patrick was nine years old.

13. Carol didn't want to be tied down by Patrick and didn't want to live with my parents, either. So when she found a man who would let her move in, she would take off. Sometimes she would take Patrick with her, and sometimes she would leave him with my parents and me. Other times she would live in a boarding house, and she would leave her children with the landlady.

14. This happened over and over from the time that Patrick was a year and a half until he was around eight years old.

15. One of the men Carol lived with was Ray Skinner. She found him in a bar and married him because she was pregnant and wanted a name for her baby. I found out later that her baby's father was David Crocker, our first cousin.

16. Carol named her baby Allen Ray Skinner. When she came home from the hospital after having Allen, Ray Skinner demanded sex. Carol started hemorrhaging and had to go back to the hospital. She had a nervous breakdown and was in the hospital for two weeks. She came home with a prescription for valium.

17. Carol really started to go downhill after that. She started getting different doctors to give her prescriptions, and she'd fill all of them. She also started drinking more.

18. She was worse than ever with her children. She would still leave them for long stretches of time. When she was around, she would yell at Patrick and pull his hair.

19. One of the men who Carol would keep going back to during this time was Leslie Green. He would always give Carol and her kids a place to stay if she didn't have another man.

20. Leslie Green was a convicted child molester. Carol knew that, but she still let him live with her kids.

2

21. I remember going over to Leslie Green's apartment when Carol lived there, and he answered the door naked.

22. Carol gave her two youngest children, Sheryl and Sandra, Leslie Green's last name. I found out later that Leslie Green was actually sterile and couldn't be their father. I have no idea who their fathers are.

23. One of the other men Carol shacked up with was Jerry Wright. He was a soldier stationed in Oklahoma at the time. He was downright crazy at times. He once sent Allen to school in a dress.

24. Another man she moved in with was named Guy Jones. He eventually kicked Carol out at gunpoint.

25. When Patrick was eight Carol moved with her kids out to California, but they only stayed there for about nine months. If she had stayed in California, I think the state would have taken Patrick away from her. By returning to Texas she was able to keep him.

26. When Carol moved back from California, Patrick was completely uncontrollable. He was dirty and refused to take a bath.

27. I was worried about Patrick and tried to get him into counseling. But Carol wouldn't agree to therapy.

28. Carol didn't take care of her kids at all. I remember once when Allen was in a high chair, Carol left him with the landlady. The landlady put him too close to the stove, and he got badly burned. The kids would often get ear infections, and Carol wouldn't take them to the doctor.

29. Once, Allen was running a fever and had an ear infection. His babysitter refused to let him stay and insisted Carol take him to her doctor. When she finally took him, the doctor said that Allen had spinal meningitis.

30. Carol's addiction to drugs and alcohol got worse and worse over the years. Two or three times I actually had her committed, but it didn't help. Once the ambulance came to get her to take her for a psychiatric admission. The ambulance driver stopped the ambulance on the way to the hospital and kicked her out. They told the family who were following her that they couldn't control her.

31. Carol's addiction had a really bad effect on her kids. She was drinking when she went into labor with Sandra and might have been drunk.

32. Sandra, who was born in 1976, was born ten weeks premature. She had serious birth defects. She was born deaf, her tongue was tied, and her vagina was closed. She also had a hole in her heart and was later diagnosed with Downs Syndrome. She had more surgeries than I can

3

remember, and I had to pay for all of them. When Sandra was a teenager, she also had to have surgery on the bones in her face and jaw because of birth defects. Sandra is mentally like a five- to a twelve-year-old.

33. When Sandra was only a few months old, Carol hit Sandra in the head with a hammer. I had to take Sandra to the emergency room. You could actually see where Carol hit her head. Carol said she hit Sandra because Carol couldn't deal with all of Sandra's problems.

34. When Patrick was around nine years old, Carol decided that she didn't want to deal with Patrick anymore, and Patrick went to live with his father. After Patrick went to live with Patrick Sr., I didn't see or talk to Patrick again until Patrick was 17 years old. As far as I know, Carol never went to visit Patrick, and she never called him while he was living with Patrick Sr.

35. After Patrick moved in with Patrick Sr., Carol would still drop of Allen and her daughters with me and disappear, just like she did with Patrick. Whenever Carol came back, Allen and Sheryl would get upset for several days.

36. Carol was still using drugs and with horrible men. Eventually I sued for custody of Allen, Sheryl, and Sandra and won. They were happier and less anxious when Carol was gone.

37. When Sheryl was a teenager, Carol would bring drugs by my house for Sheryl to take. These were mostly tranquilizers and pain pills. Sheryl had a substance abuse problem that her own mother enabled. Sheryl would run away sometimes to get drugs from or sometimes even with her mother. I ended up getting a restraining order on Carol to keep her away from my home and her kids.

38. Allen, Sheryl and Sandra saw a lot of physical violence and sex in Carol's care. I don't know how much Patrick himself saw, but I have no reason to believe it was any different when he was living there.

39. After Patrick went to live with his father, I didn't see him again until he was 17 years old. He came to live with me, Allen, Sheryl, and Sandra for a little while. But I was too busy working and taking care of Allen, Sheryl, and Sandra to have any heart to hearts with him. I got the sense that he was looking for a family who would accept him.

40. Before Patrick's trial, a woman lawyer came to California, where I was living, to talk to me. We talked for about two hours at a restaurant. She asked me about how Patrick was treated growing up and the abuse he experienced. We were told this would help Patrick but it did not seem to help him. That was the only time I talked to anyone from Patrick's defense team before I testified. When I got to Dallas, someone working for Patrick's lawyer picked me up at the airport, took me to my motel, and later took me to court. But I never talked to anyone about what I would say in court before I testified.

4

LORETTA L. MYRICK
Notary Public
SEAL
State of Indiana
My Commission Expires Mar. 25, 2017

*Linda Goodman*
Linda Goodman

Sworn and subscribed to before me, the undersigned notary public on this __15__ day of __June__, 2010.

*Loretta L. Myrick*
Notary Public for the State of Indiana
My commission expires: March 25, 2017

5