# EXHIBIT 37

| THE STATE OF INDIANA | ) |
| --- | --- |
| | ) |
| COUNTY OF BLACKFORD | ) |

### AFFIDAVIT OF ALLEN RAY SKINNER

Before me, the undersigned authority, personally appeared Allen Ray Skinner, who was sworn and says under oath:

1. My name is Allen Ray Skinner. I am over the age of 18 and otherwise competent to give this affidavit.

2. I was born in 1965 and now live in Hartford City, Indiana. I am the half brother of Patrick Henry Murphy Jr. We have the same mother—Carol Goodman.

3. I am four years younger than Patrick. I was young when Patrick left to live with his father, and don't remember very much about the time that Patrick lived with us. But I do remember what it was like to grow up with my mother.

4. My mother moved us around from place to place. We sometimes moved in with Leslie Green, but mostly she brought men into our home, wherever we were living. When I was in about 7th or 8th grade, somewhere about 1975, we were living with my aunt, Linda Goodman. My mother would take off with a boyfriend, and I never knew where she was or for sure who she was with when she left us. My aunt had to look out for us. I was always unhappy when my mother would come back for us. I was happier living with my aunt.

5. When I was living with my mother, she was always bringing different men to live with us. Even when we weren't living together with a boyfriend of my mother's, there were always men in and out of the house.

6. I think my mother resented my brother, sisters, and me because she felt like she wasn't able to live her own life.

7. When I was about fourteen years old, my aunt took custody of my sisters and me. I left my aunt's house when I was still a teenager because I felt like I was a burden to them. I thought my sisters could have more things if there was one less person in the house to take care of. Things were hard for us.

1

8. My last name comes from a man named Ray Skinner. When I was fifteen, I found out that Ray Skinner was not actually my father and that my father is a man named David Crocker. David Crocker is actually my mother's cousin.

9. I don't remember living with Ray Skinner, but I remember that my mother once told me that she threw a butcher knife at him.

10. One of the men who we sometimes lived with and who was in and out of my mother's life was Leslie Green. He was a convicted child molester, and I remember that he would walk around the house dressed in fishnet underwear. Even though I was very young, this made me very uncomfortable. Once when we had stayed at his parents' house for awhile, I found a large porn collection under his bed.

11. Another man that my mother took up with at one point was Jerry Wright. He was crazy and treated me like a girl and called me a sissy. When my mother decided to leave him, he dislocated my sister's arm and beat my mother. He later showed up where we were living in Grand Prairie, and my mother, sisters and I hid in the bathroom while he beat on the door to get to us. The police came, and we never saw him again.

12. When I was a teenager, my mother started drinking a lot.

13. After Patrick moved in with his father, I didn't see him again until I was thirteen years old. I saw him at a halfway house in Dallas called the House of Abel. Patrick was living at the halfway house. After I left my aunt's house, I went there, too, to be close to my brother. The halfway house was run by a man named Don Ballinger. Ballinger was in his thirties when I went there. He was a big man—around 6'2" and 300 pounds. Don did not try to force himself on me, but other men living there did. I never told anyone about this, and I don't know if Don was aware of what was going on in the house.

14. Before Patrick's trial, a lady came to see me in Joshua, Texas where I was living. We met for about an hour at the Dairy Queen. She asked questions about Patrick's childhood. No one asked to talk to me or testify during the trial, even though I came to parts of it.

[Notary Seal: LORETTA L. MYRICK, Notary Public, SEAL, State of Indiana, My Commission Expires Mar. 25, 2017]

*[signature]*

Allen Ray Skinner

Sworn and subscribed to before me, the undersigned notary public on this __15__ day of ____June____, 2010.

*[signature]*

Notary Public for the State of Indiana

My commission expires:

3