IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § § § | |
| Petitioner, | § § § | |
| -VS- | § § § | CIVIL NO. 3:09-cv-01368-L |
| | § § | *CAPITAL CASE* |
| **RICK THALER**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § | |

**MOTION FOR JOINT PROPOSED SCHEDULING ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SAM A. LINDSAY:

      As noted in the Petition for a Writ of Habeas Corpus filed on June 30, 2010, undersigned counsel anticipates filing an amended petition in this case.  Undersigned counsel has conferred with counsel for the Respondent, Jeremy Greenwell, regarding the schedule for filing the amended petition and the response.  While the Respondent does not waive any defenses related to exhaustion and statute of limitation requirements, the parties have agreed to the following:

      Mr. Murphy shall have one hundred and twenty (120) days from the date the scheduling order is signed to file his Amended Petition for a Writ of Habeas Corpus, and the Respondent shall have one hundred and twenty (120) days from the date of that filing to file his response.

**CONCLUSION**

      Petitioner respectfully requests that this Court adopt the scheduling order proposed by the parties and issue the attached proposed order.

DATED:    July 6, 2010                    Respectfully submitted,

                                          /s/ David R. Dow
                                          David R. Dow
                                          Texas Bar No. 06064900
                                          TEXAS DEFENDER SERVICE
                                          412 Main Street, Suite 1150
                                          Houston, TX  77002
                                          Tel. (713) 222-7788
                                          Fax (713) 222-0260

                                          *Counsel for Patrick Henry Murphy Jr.*


## CERTIFICATE OF CONFERENCE

I certify that I conferred with Jeremy Greenwell, counsel for Respondent, on June 29, 2010, and on July 2, 2010, and he is not opposed to this motion.

                                          s/ David R. Dow
                                          _____
                                          David R. Dow


## CERTIFICATE OF SERVICE

On July 6, 2010, I served an electronic copy of this pleading on counsel for the Respondent by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Northern Division of Texas, using the electronic case filing system of the court.

JEREMY GREENWELL
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711
Jeremy.greenwell@oag.state.tx.us

                                          /s/ David R. Dow
                                          _____
                                          David R. Dow

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L |
| | § | |
| | § | *CAPITAL CASE* |
| | § | |
| **RICK THALER**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

_____

## **SCHEDULING ORDER**

Upon consideration of the Motion for Joint Proposed Scheduling Order, it is hereby ordered that the motion shall be **GRANTED**. It is further ordered that Mr. Murphy shall have one hundred and twenty (120) days from today's date to file his Amended Petition for a Writ of Habeas Corpus. The Respondent shall have one hundred and twenty (120) days from the date of Mr. Murphy's filing to file his response.

SIGNED this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE