IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L |
| | § | |
| | § | *CAPITAL CASE* |
| | § | |
| **RICK THALER**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

_____

**MOTION TO WITHDRAW**

Undersigned counsel respectfully requests the Court's permission to withdraw from the above-captioned case.   The undersigned is a staff attorney at the Texas Defender Service.  Until recently, appointed counsel David R. Dow was the litigation director at the Texas Defender Service, and the undersigned assisted Mr. Dow with this case.  Mr. Dow has now resigned from the Texas Defender Service.  Though he will continue to represent Mr. Murphy, the undersigned and Mr. Dow are no longer professionally affiliated.  Accordingly, undersigned counsel seeks to withdraw from Mr. Murphy's case.

DATED:      October 7, 2011                    Respectfully submitted,

/s/ Laura Ferry
Laura Ferry
Texas Bar No. 24069715
TEXAS DEFENDER SERVICE
510 S. Congress Ave., Suite 403
Austin, TX  78704
Tel. (512) 320-8300
Fax (512) 477-2153

## CERTIFICATE OF SERVICE

On October 7, 2011, I served an electronic copy of this pleading on counsel for the Respondent by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Northern Division of Texas, using the electronic case filing system of the court.

JEREMY GREENWELL
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711
Jeremy.greenwell@oag.state.tx.us

/s/ Laura Ferry
Laura Ferry

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L |
| | § | |
| | § | *CAPITAL CASE* |
| | § | |
| **RICK THALER**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

_____

### **ORDER**

Upon consideration of the Motion to Withdraw, it is hereby ordered that the motion shall

be **GRANTED**.

SIGNED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE