IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | No. 3:09-cv-1368-L-BN |
| | § | |
| RICK THALER, Director | § | (Death Penalty Case) |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

Before the Court is the petition for a writ of habeas corpus [Dkt. No. 18] filed by Petitioner Patrick Henry Murphy. After this petition was filed, the United States Supreme Court in *Martinez v. Ryan*, 132 S. Ct. 1309 (2012), created an exception to the doctrine of procedural default for certain claims of ineffective assistance of counsel. The Supreme Court in *Trevino v. Thaler*, No. 11-10189, has granted a writ of certiorari to determine whether that exception applies to the federal habeas review of a conviction and sentence arising out of the state courts of Texas.

The parties are directed to file supplemental briefs by **March 20, 2013**, addressing whether to suspend these proceedings pending the Supreme Court's decision in *Trevino*. Each brief shall be limited to 20 pages. No responses or other briefing shall be filed unless permitted or directed by further order of this Court.

SO ORDERED.

DATED: February 27, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

2