IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| **PATRICK HENRY MURPHY,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:09-CV-1368-L-BN** |
| **RICK THALER, Director** | § | |
| **Texas Department of Criminal Justice,** | § | **(Death Penalty Case)** |
| **Correctional Institutions Division,** | § | |
| | § | |
| Respondent. | § | |

## ORDER REOPENING PROCEEDINGS

On April 23, 2013, this Court suspended these proceedings pending a decision of the United States Supreme Court in *Trevino v. Thaler*, No. 11-10189. *See* Dkt. No. 56. On May 28, 2013, the Supreme Court issued its decision in *Trevino*. *See Trevino v. Thaler*, 133 S. Ct. 1911 (2013). Therefore, the stay previously granted is now lifted, and this case is **reopened** as of **May 28, 2013**, the date of the Supreme Court's *Trevino* decision.

Because that opinion may significantly alter the procedural posture of the instant case, the Clerk of the Court is **directed** to restart any affected statistical consideration as of the date that these proceedings are reopened. This case is again **referred** to United States Magistrate Judge David L. Horan for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b); N.D. Tex. Special Order No. 3-251.

**It is so ordered** on this 28th day of June, 2013.

Sam A. Lindsay
United States District Judge

**Order Reopening Proceedings – Page Solo**