IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L-BN |
| | § | |
| | § | *CAPITAL CASE* |
| | § | |
| **WILLIAM STEPHENS**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**PETITIONER PATRICK HENRY MURPHY JR.'S
LIST OF POTENTIAL WITNESSES**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE DAVID L. HORAN:

Pursuant to the Court's July 18, 2014 Order Setting Hearing on Exception to Procedural Bar, Petitioner Patrick Henry Murphy Jr. provides this list of witnesses he expects to present at the January 21, 2015 hearing.

Petitioner expects to present trial and state habeas counsel to testify at the January 21, 2015 hearing.

Brook Busbee
703 McKinney Ave.
Suite 312
Dallas, Texas 75202
(214) 754-9090

Juan Sanchez
1825 Market Center Blvd.
Suite 350
Dallas, Texas 75207
(214) 365-0700

Allan Fishburn
211 N. Record St.
Suite 450
Dallas, Texas 75202-3370
(214) 761-9170

    Petitioner may call one or more of the following expert witnesses to present live testimony or submit testimony through written exhibit.

Richard Burr
P.O. Box 525
Leggett, Texas 77350
(713) 628-3391

John Blume
Cornell Law School
158 Myron Taylor Hall
Ithaca, New York 14853-4901
(607) 255-1030

John Fabian, PSY.D, J.D., ABPP
815 Superior Ave.
Suite 2017
Cleveland, Ohio 44114
(216) 344-3988

Bekh Bradley, PhD
201 Dowman Drive
Atlanta, Georgia 30322
(404) 321-6111, ext. 7935


DATED:  August 29, 2014                    Respectfully submitted,

                                                                    /s/ David R. Dow
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, TX  77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Patrick Henry Murphy Jr.*

**CERTIFICATE OF SERVICE**

       On August 29, 2014, I served an electronic copy of this pleading on counsel for the Respondent by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Northern Division of Texas, using the electronic case filing system of the court.

JEREMY GREENWELL
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
Jeremy.greenwell@texasattorneygeneral.gov

                                                 /s/ David R. Dow
                                                 _____
                                               David R. Dow