IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -vs- | § | CIVIL NO. 3:09-cv-01368-L-BN |
| | § | |
| | § | ***DEATH PENALTY CASE*** |
| | § | |
| **RICK THALER**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**PETITIONER PATRICK HENRY MURPHY'S RESPONSE TO
RESPONDENT'S MOTION TO CANCEL EVIDENTIARY HEARING**

On July 18, 2014, the Court set an evidentiary hearing for January 21, 2015 to address:

(1) whether Murphy has set forth any substantial claim of ineffective assistance of trial counsel and

(2) whether any such claim was not properly presented to the state court because of the ineffective assistance of state habeas counsel.

Dkt. 61. Murphy must demonstrate that his claim of ineffective assistance of trial counsel is substantial and that state habeas counsel was ineffective for the Court to determine that the exception to the *Coleman* doctrine announced in *Martinez v. Ryan*, 566 U.S. 1 (2012), and made applicable to Texas cases by *Trevino v. Thaler*, 133 S. Ct. 1911 (2013), applies to Murphy's claim. Respondent filed a motion on August 12, 2014 that

asked the Court to cancel the hearing. Dkt. 65. As the Court noted, 28 U.S.C. § 2254(e)(2) does not preclude the Court from receiving "the evidence necessary to make the threshold procedural determination of whether the exception" applies. Dkt. 61 at 4-5. "It would make little sense to force a habeas petitioner to prove the elements of an exception to procedural bar without giving him the opportunity to do so." *Id.* at 4 (citing *Patterson v. Johnson*, No. 3:99-cv-808-G, 2000 WL 1234661, at *2 (N.D. Tex. Aug. 31, 2000).

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Mr. Murphy prays that this Court deny Respondent's motion to cancel the evidentiary hearing.

Respectfully submitted,

s/ David R. Dow
_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email drdow@central.uh.edu

*Counsel to Patrick Henry Murphy, Jr.*

## CERTIFICATE OF SERVICE

   I certify that September 2, 2014, a copy of the foregoing pleading was electronically served on counsel for the Respondent by filing the document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

Jeremy C. Greenwell
Office of the Texas Attorney General
Post Office Box 12548
Austin, Texas 78711
Jeremy.greenwell@oag.state.tx.us

                                    s/ David R. Dow
                                    _____
                                    David R. Dow