IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L-BN |
| | § | |
| | § | *CAPITAL CASE* |
| | § | |
| **WILLIAM STEPHENS**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**PETITIONER PATRICK HENRY MURPHY JR.'S
EXPERT DISCLOSURE**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE DAVID L. HORAN:

Pursuant to the Court's November 7, 2014 Order Granting Continuance and Amending Schedule, Petitioner Patrick Henry Murphy Jr. makes this disclosure.  A report from Dr. John Matthew Fabian is attached as Exhibit A.  Dr. Fabian's CV is attached as Exhibit B.

DATED: December 15, 2014

Respectfully submitted,

/s/ David R. Dow
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, TX  77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Patrick Henry Murphy Jr.*

**CERTIFICATE OF SERVICE**

      On December 15, 2014, I served an electronic copy of this pleading on counsel for the Respondent by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Northern Division of Texas, using the electronic case filing system of the court.

JEREMY GREENWELL
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711
Jeremy.greenwell@texasattorneygeneral.gov

                                                /s/ David R. Dow
                                                _____
                                                David R. Dow