# JOHN MATTHEW FABIAN, PSY.D., J.D., ABPP
## BOARD CERTIFIED FORENSIC & CLINICAL PSYCHOLOGIST
## FELLOWSHIP TRAINED CLINICAL NEUROPSYCHOLOGIST

**EVALUATION OF CHILDREN, ADOLESCENTS, ADULTS & MILITARY/VETERANS**
**FEDERAL, MULTI-STATE, COUNTY, MUNICIPAL COURT EVALUATIONS**

**CRIMINAL FORENSIC PSYCHOLOGICAL/NEUROPSYCHOLOGICAL EVALUATIONS**
- Competency to Stand Trial, Competency to Waive Miranda Rights/Confess/False Confessions
- Not Guilty by Reason of Insanity
- Mens Rea/Diminished Capacity
- Posttraumatic Stress Disorder (PTSD) related self-defense claims (Veterans, Battered Woman's Syndrome)
- Forensic neuropsychological evaluations for PTSD cases/ Military with Traumatic Brain Injury and polytrauma
- Presentence Psychological/Disposition/Mitigation Evaluations
- Conditional Release and Parole Forensic Psychological Evaluations
- Evaluation and Record Review for Judicial Release
- Violence Risk Assessment/Assessment of Psychopathy
- Forensic Neuropsychological evaluations addressing brain/behavior relationships/functioning in legal contexts

    ♦ **Capital Litigation Forensic Psychological/Neuropsychological Evaluations**
    - Death Penalty Mitigation and Forensic Neuropsychological assessment at sentencing
    - Competency to Waive Mitigation
    - Competency to Waive Appeals
    - Competency to be Executed
    - Atkins Mental Retardation Evaluations
    - Violence Risk Assessment at Capital Sentencing
    - Sexual homicide mitigation and neuropsychological evaluations
    - Forensic psychological/neuropsychological evaluations of Veterans with PTSD & Brain Injury

    ♦ **Sexual Offender Risk Assessment & Disposition Evaluations**
    - Civil Commitment of Sexual Violent Predators
    - Megan's Law & Adam Walsh Act Sex Offender Evaluations
    - Internet Pornography Forensic Psychological Evaluations
    - Neuropsychological evaluations and neurodevelopmental traumatic brain injury risk assessment

    ♦ **Juvenile Forensic Psychological Evaluations**
    - Competency to Stand Trial, Competency to Waive Miranda Rights
    - Assessment of legal sanity and mens rea for juveniles who are being tried in adult court
    - Waiver/Bindover Evaluations
    - Forensic Neuropsychological assessment at sentencing disposition
    - Serious Youth Offender/Blended Sentencing Evaluations
    - Juvenile Sexual Offender Evaluations
    - Juvenile Presentence Psychological Evaluations
    - Violence Risk Assessment

**CIVIL FORENSIC PSYCHOLOGICAL/NEUROPSYCHOLOGICAL EVALUATIONS**
- Personal Injury Examinations in Torts for Emotional Distress
- Employment Discrimination and Harassment Examinations
- Insurance disability evaluations

**FITNESS FOR DUTY PSYCHOLOGICAL EVALUATIONS**
- Law enforcement fitness for duty and pre-employment screening evaluations
- Violence risk assessment/workplace violence evaluations of law enforcement and corporate personnel

**DOMESTIC COURT FORENSIC PSYCHOLOGICAL EVALUATIONS**
- Child Custody Evaluation
- Child Sexual Abuse/Assessment of Childhood/Adolescent Trauma

**JOHN MATTHEW FABIAN, PSY.D., J.D., ABPP**
**BOARD CERTIFIED FORENSIC & CLINICAL PSYCHOLOGIST**
**FELLOWSHIP TRAINED CLINICAL NEUROPSYCHOLOGIST**

Office: 216.344.3988   Cell: 216.338.6462   Fax: 216.589.9013   email/web:john@johnmatthewfabian.com

# CURRICULUM VITAE

| | |
|---|---|
| **Board Certifications** | American Board of Professional Psychology<br>Board Certified Diplomate in Forensic Psychology<br>Board Certified Diplomate in Clinical Psychology |
| **Fellowship Training** | Clinical Neuropsychology<br>University of New Mexico School of Medicine<br>Center for Neuropsychological Services &<br>Neuropsychology Polytrauma Unit Raymond G. Murphy VA<br>Medical Center New Mexico VA Health Care System |
| **EDITORIAL BOARDS**<br>**JOURNAL REVIEWS** | Journal of Aggression and Violent Behavior<br>Journal of Forensic Psychology Practice<br>Psychological Injury and Law<br>Forensic Psychology Unbound Book Review and Legal Section Editor<br>Reviewer Homicide Studies<br>Reviewer International Journal of Offender Therapy & Comparative Criminology<br>Reviewer Research in Developmental Disabilities<br>Reviewer Criminal Justice Review<br>Reviewer Journal of Sexual Medicine<br>Psychological Services |
| **CONTINUING**<br>**EDUCATION**<br>**PRESENTER** | American Academy of Forensic Psychology<br>Forensic Neuropsychology and Violence |
| **PUBLICATIONS** | |
| **Book Chapter** | Fabian, J.M. Forensic Neuropsychology and Violence: Neuroscientific and Legal Implications. In *Handbook of Forensic Neuroscience* (in press). Eds., Anthony Beech, Adam J Carter, Ruth Mann and Pia Rotshtein. Oxford, England: Wiley Blackwell. |

2

**Peer Reviewed Journals**

Fabian, J.M. Assessing the sex offender with Asperger's Disorder: A forensic psychological and neuropsychological perspective. Sex Offender Law Report, Vol 12(5), 65-69.

Fabian, J.M. Diagnosing and litigating hebephilia in sexually violent predator civil commitment proceedings. American Academy of Psychiatry and Law (39), 496-505.

Fabian, J.M. (2011). Paraphilias and predators: The ethical application of psychiatric diagnoses in partisan sexually violent predator commitment proceedings. Journal of Forensic Psychology Practice, Vol. 11(1), 82-98.

Fabian, J.M. (2011). Applying *Roper v. Simmons* in juvenile transfer/waiver proceedings. International Journal of Offender Therapy and Comparative Criminology, 55(5).

Fabian, J.M. (2010). Neuroscience, volitional impairment and sexually violent predators: A review of the literature and its application to civil commitment proceedings. Journal of Aggression and Violent Behavior (17), 1-15.

Fabian, J.M. (2010). Neuropsychological and neurological correlates in violent and homicidal offenders: A legal and neuroscience perspective. Journal of Aggression and Violent Behavior, Vol. 15(3), 209-223.

Fabian, J.M. (2009). Mitigating murder at capital sentencing: An empirical and practical psycho-legal strategy. Journal of Forensic Psychology Practice Vol. 9(1), 1-34.

Fabian, J.M. (2008). Current standards and practices in violence risk assessment and communication at a maximum security forensic hospital following a high profile sexual homicide. Journal of Aggression and Violent Behavior, 13(5), 337-345.

Fabian, J.M. (2007). Methamphetamine motivated murder: Forensic psychological/psychiatric & legal applications in criminal contexts. Journal of Psychiatry and Law, 35(4), 443-474.

Fabian, J.M. (2006). A literature review of the utility of selected violence and sexual violence risk assessment instruments. Journal of Psychiatry and Law, 34(3), 307-350.

3

Fabian, J.M. (2006). State supreme court responses to *Atkins v. Virginia*: Adaptive functioning assessment in light of purposeful planning, premeditation, and the behavioral context of the homicide. Journal of Forensic Psychology Practice, 6(4).

Fabian, J.M. (2005). Life, death, and IQ: it's much more than just a score: The dilemma of the mentally retarded on death row. Journal of Forensic Psychology Practice, 5(4).

**Law Review Journals**

Fabian, J.M., Thompson, W., & Lazarus, J. (2011). Life, Death, and IQ**:** It's much more than just a score. Understanding and utilizing forensic psychological and neuropsychological evaluations in *Atkins* intellectual disability/mental retardation cases. Cleveland State Law Review, 59(3).

Fabian, J.M. (2011). The Adam Walsh Child Protection and Safety Act: Legal and psychological aspects of the new civil commitment law for federal sex offenders. Cleveland State Law Review, 59(3).

Fabian, J.M. (2006). Rethinking "rational" in the *Dusky* standard: Assessing a high profile delusional killer's functional abilities in the Courtroom in the context of a capital murder trial. Quinnipiac Law Review, 25(2).

Fabian, J.M. (2005). The risky business of conducting risk assessments for those already civilly committed as sexually violent predators. William Mitchell School of Law, 32(1).

Fabian, J.M. (2003). Examining our approaches to sex offenders & the law: Kansas v. Hendricks, Crane and beyond: "mental abnormality," and "sexual dangerousness,": volitional vs. emotional abnormality and the debate between community safety and civil liberties. William Mitchell School of Law, 29(4).

Fabian, J.M. (2003). Death penalty mitigation and the role of the forensic psychologist. University of Alabama Law & Psychology Review, 27.

**Bar Journals**

Fabian, J.M. (2011). Evaluating Ohio's Life Tail Sexual Violent Predator Indictment Specification: The Necessity of a Sexual Offender Risk Assessment at Sentencing Phase. Vindicator (OACDL), 34-41.

Fabian, J.M. (2009). To catch a predator, and then commit him for life. Part I: Analyzing the Adam Walsh Act's Civil Commitment Scheme under 18 U.S.C. § 4248. Part II Sexual Offender Risk Assessment. NACDL Champion Magazine.

Fabian, J.M. (2007). Adam Walsh Child Protection and Safety Act: Legal, psychological, aspects of the new civil commitment law for federal sex offenders. NLADA Cornerstone, 29(2).

4

Fabian, J.M. & Friedman, I. (2007). Get tough on sex offenders: Ohio Adam Walsh Act & Ohio Senate Bill 10. Law & Fact, 83(2).

Fabian, J.M. (2007). How to deal with difficult clients from a mental health perspective. NACDL Champion Magazine.

Fabian, J.M. (2007). How to utilize forensic psychological evaluations within internet online solicitation and pornography sex crime cases. TCDLA, The Voice for the Defense.

Fabian, J.M., &, Gideon, A.F. (2007). The law and psychology in workers' compensation claims. Law & Fact, 83(3).

Fabian, J.M. & Lazarus, J. (2007). Considering *Roper v. Simmons* in waiver/bindover proceedings. Law & Fact, 83(2).

Fabian, J.M. (2007). Megan's law and sexual violence risk assessment. Law & Fact, 83(1).

Neller, D., & Fabian, J.M. (2007). Trauma and its link to violence. Center for Crime and Justice Studies-Criminal Justice Matters

Fabian, J.M. (2006). Forensic psychological/psychiatric evaluations in mortgage foreclosure cases: a clinical and legal perspective. Law & Fact, 82(4).

Fabian, J.M. (2004). Psychologists as expert witnesses in the courtroom: an overview of forensic psychology. Law & Fact.

**Book Reviews**

Fabian, J.M. (2011). Book review of C.D. Rostow & R.D. Davis. *A Handbook for Psychological Fitness-for-Duty Evaluations in Law Enforcement.*

Fabian, J.M. (2009). Book review of Ira Packer. *Evaluation of Criminal Responsibility.* In *Forensic Psychology Unbound.*

**ACADEMIC APPOINTMENTS**

2012-    Case Western Reserve University Department of Psychological Sciences
Adjunct Professor: "***Cognitive and Neuropsychological Assessment***"

2006-
Cleveland State University-Department of Psychology
Adjunct Professor: *"Forensic Psychology and the Law"*
*"Psychology of Violence"*

**EDUCATION**

Fielding Graduate Institute
2007-2009    *Bethesda, Maryland*
Completion of Postdoctoral Neuropsychology Certificate Program
Supervisor, Allan Mirsky, Ph.D., ABPP-CN

Board Certified Clinical Neuropsychologist
200 Hours of Direct Clinical Supervision including 70 personal cases and approximately 300 additional postdoctoral student cases

|  |  |
|---|---|
| 1999-2003 | Cleveland –Marshall College of Law<br>Cleveland, Ohio<br>J.D., Juris Doctor, conferred May 24, 2003<br><br>Landmark Case Seminar, American Psychiatry & Law Society, instructed by Phillip Resnick, M.D., forensic psychiatrist, July, 2002-April, 2003 |
| 1995-1999 | Chicago School of Professional Psychology<br>*Chicago, Illinois*<br>APA Approved doctoral program in Clinical Psychology<br>Psy. D., Doctorate of Psychology, Conferred with Honors, August 31, 1999<br>Dissertation Title: "Adult Criminal Behavior and Morality: Analysis of Moral Reasoning in Offenders and Non-Offenders" |
| 1995-1999 | Chicago School of Professional Psychology<br>*Chicago, Illinois*<br>Master of Arts, Clinical Psychology |
| 1993-1994 | University of Cincinnati<br>*Cincinnati, Ohio*<br>Master of Arts, Psychology<br>Thesis Title: "The Impact of Discipline and Supervision Practices and the Etiology of Antisocial Personality Disorder" |
| 1988-1993 | University of Cincinnati<br>*Cincinnati, Ohio*<br>Bachelor of Arts, Political Science and Psychology |

**Forensic Psychology & Law Experiences**

**Forensic Psychologist**
2006-Present

*Independent Practice- Forensic & Clinical Psychology (Multi-state practice)*
*Clinical/Forensic Neuropsychology*
**Pretrial Forensic Psychological Evaluations**: Competency to Waive Miranda Rights, Competency to Stand Trial, Sanity, Mens Rea, Diminished Capacity, Posttraumatic Stress Disorder (PTSD) and PTSD related self-defense, Battered Women's Syndrome
**Risk Assessment**: Sexual Violence (Megan's Law and Civil Commitment of Sexually Violent Predators, Violence Risk Assessment
**Capital Litigation**: Competency to Waive Appeals, Mitigation & Execution; Mitigation at Capital Sentencing; Mental Retardation Evaluations; Future Dangerousness

6

***Juvenile Forensic Psychological Evaluations****:* Competency to Waive Miranda Rights, Competency to Stand Trial, Mens Rea, Waiver to Adult Court, Juvenile Sex Offender Evaluation, Juvenile Homicide
***Law Enforcement Evaluations****:* Pre-employment screening and fitness for duty evaluations
***Civil Forensic Psychological Evaluations****:* Personal Injury Examinations in Torts for Emotional Distress, Assessing Employment Discrimination and Harassment Tort Claims, Disability and Workers' Compensation claims; Fitness for Duty Evaluations with Law Enforcement
***Forensic Neuropsychological Evaluations:*** Evaluate criminal trial defendants and civil claimants relevant to cognitive and neuropsychological functional abilities including language, memory, visuospatial construction, attention, and executive functioning.  Integrate data to statutory and legal referral questions.

|                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| -------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 2001-present   | Cuyahoga County Court of Common Pleas Juvenile Court Division<br>County of Cuyahoga Juvenile Diagnostic Clinic<br>*Cleveland, Ohio*<br>Consulting neuropsychologist and psychologist performing delinquency-disposition/mitigation and treatment evaluations, competency to stand trial, violence/sexual violence risk assessments, bindover/waiver to adult court evaluations. Provide child custody evaluations and testimony as well as parenting rights and responsibilities examinations. |

**Forensic Psychologist**
2004-2006

State Operated Forensic Services at Minnesota Security Hospital
*St. Peter, Minnesota*
Provided specialized forensic evaluation services to the courts and comprehensive services to assigned Forensic Services patients.  Forensic evaluations include: competency to stand trial, not guilty by reason of insanity, Commitment evaluations including Mentally Ill, Mentally Ill and Dangerous, Sexually Dangerous Persons, Sexual Psychopathic Personality. Provided expert consultation and testimony to courts and special review boards.  Provided technical consultation and direction to a broad spectrum of other clinicians, the courts, and community care providers in the field of forensic psychology.  Provided specialized consultation to treatment teams in multiple programs serving the mentally ill, chemically dependent, developmentally disabled, and sex offender populations throughout the State Operated Forensic Services network in Minnesota.  Provided in depth evaluation and training relevant to violence and sexual violence risk assessments.

**Forensic Psychologist**
**Consultant**
2004-2005

Federal Bureau of Prisons-Federal Correctional Institution
*Waseca, Minnesota*
Performed pre-trial forensic psychological evaluations and expert testimony for federal courts, including: competency to stand trial, not guilty by reason of insanity, and violence risk.

**Forensic  Psychologist**
Court Psychologist
1999-2004

Forensic Psychiatric Clinic of Lake County Court of Common Pleas
& Adult Probation Department
*Lake County, Ohio*

7

Performed pre-trial forensic psychological evaluations including competency to stand trial, not guilty by reason of insanity, competency to testify as a witness, and competency to waive Miranda rights. Conducted presentence and pre-parole Sex Offender Classification (HB180) evaluations for community registration and notification pursuant to Ohio's Megan's Law. Collaborated with the sex offender registration and notification deputy officer regarding sexual offenders released into the community. Consulted with detectives regarding internet pornography cases. Performed violence risk assessments of offenders and mentally ill offenders, conditional release evaluations, presentence mitigation evaluations including psychiatric factors in the crime, psychological status, and psychiatric recommendations regarding disposition, drug and alcohol dependency mitigation evaluations, and Treatment in Lieu of Conviction sentencing evaluations. Consulted with judges, prosecutors, defense attorneys, and probation/parole departments regarding special cases and sentencing recommendations. Provided expert testimony for the court.

Assessed inmate crises in the jail and occasional suicide risk assessments. Provided in-service training to probation staff, attorneys, and judges. Assessed patient psychiatric medication needs with jail psychiatrist.

*Post Doctoral Supervisors (1999):* Sandra McPherson, Ph.D., Dee Konick, Ph.D., Todd Gates, M.D

**Death Penalty Evaluations**

Ohio- Ohio Public Defender Commission, Ohio Attorney Generals Office common pleas court appointments, county common pleas, and court appointed defense counsel. Evaluated defendants for death penalty mitigation, post-conviction appeal evaluations, competency to be executed, competency to waive appeals, mental retardation claims pursuant to *State of Ohio v. Lott* and *Atkins v. Virginia.*

**Consultant to Forensic Psychiatric Clinic, Public Defenders Offices, Area Common Pleas Courts, Prosecutors' Offices, Private Defense**
2000-2004

*Forensic Psychiatric Center of Northeast Ohio, Inc., Youngstown, Ohio*
*Cuyahoga County, Ashtabula County, Ohio Public Defenders Commission*
*Portage, Geauga, Muskingham County Common Pleas Courts*
*Cuyahoga and Summit County Prosecutor's Offices*
Performed evaluations including: not guilty by reason of insanity competency to stand trial and waive Miranda rights, Sex Offender Classification

**Consulting Psychologist Juvenile Court**
2001-2004

Cuyahoga County Court of Common Pleas Juvenile Court Division
County of Cuyahoga Juvenile Diagnostic Clinic
*Cleveland, Ohio*
Consulting psychologist performing delinquency-disposition/mitigation and treatment evaluations, competency to stand trial, violence/sexual violence risk assessments, bindover/waiver to adult court evaluations.

**Forensic/Clinical Psychology Intern**
(Full APA Accreditation)
1998-1999

*Northwest Ohio Consortium for Internship Training in Professional Psychology*
*Medical College of Ohio*
*Toledo, Ohio*

8

Performed forensic psychological evaluations for the courts. Provided expert witness court testimony for sexual predator hearings. Evaluations included: Sex Offender Classification (HB180), violence risk assessment, competency to stand trial, not guilty by reason of insanity, presentence, presentence drug dependency, observed juvenile bindover and child custody and visitation evaluations. Conducted diagnostic assessments for sex offenders. Co-facilitated sex offender treatment groups through the Sex Offender Treatment Program (SOTP), and anger management treatment group. Conducted individual psychotherapy, psychological testing, and diagnostic assessments with clients from Division of Work Release, Lucas County Correctional Treatment Facility, Lucas County Jail, Lucas County Adult Probation Department, United States Probation/Parole, and two community mental health centers. Provided consultation services to various community agencies. Presented didactics concerning such topics as psychotherapy and sexual recidivism. Attended clinical case and staff meetings. Observed court expert witness testimony.
*Supervisor:* Jon Pansky, Ph.D., Alice Holly, Ph.D.

**Other Rotations Completed**

*Flower Rehabilitation Center*
Activities:
Conducted neuropsychological screens for neuropsychological deficits with adults who have or are suspected of having neurological damage or disease states. Identified atypical performance on neuropsychological assessment instruments and referred patients for neuropsychological evaluations. Critically reviewed neuropsychological reports and applied evaluation results in treatment issues. Participated in forensic evaluations related to neurological damage as well as consultations to the general hospital floors.

*University of Toledo Counseling Center and Student Medical Center*
Activities:
Conducted intake evaluations, individual therapy, and couples therapy. Participated in staff and service meetings, case preparations, and crisis stabilization counseling. Provided diagnostic and evaluation services. Provided counseling for international psychotherapy. Provided preventative and educational functions, including seminars and workshops on sexuality, rape prevention, and consultation with various university offices.
*Supervisor:* Jean Haefner, Ph.D.

*Harbor Behavioral Healthcare*
Activities:
Co-facilitated juvenile sex offender treatment group based on cognitive/ behavioral relapse prevention model.
*Supervisor:* Bob Cooley, Ph.D.

**Student Intern**
Summer, 1998

*Cuyahoga County Prosecutors Office*
*Cleveland, Ohio*
Shadowed assistant county prosecutors and public defenders in following assignments: Major Trial Division, Drug Unit, Child Protection Counsel (Child Sex Crimes Unit), Appeals Division, and General Legal Counsel Division. Exposed to Mentally Disordered Offenders Program and Juvenile Justice System.

9

| | |
|---|---|
| **Therapy Practicum Student** <br> 1997-1998 | *Metropolitan Correction Center* <br> *Federal Bureau of Prisons* <br> *United States Department of Justice* <br> *Chicago, Illinois* <br> Provided individual and group psychotherapy to inmates and individual treatment to sex offenders.  Performed psychological intake assessments, structured clinical interviews and assessments, substance abuse assessments for treatment, forensic screens, fitness for disciplinary hearing officers, and suicide risk assessment.  Wrote case notes, formulated treatment plans and wrote termination notes under supervision of licensed clinical psychologists.  Co-facilitated three group therapies, including:  anger management group, substance abuse group, and values group.  Attended medication clinics with staff psychologist and psychiatrist.  Attended department head staff meetings.  Attended hostage negotiation training.  Participated in panel interviews of potential employees.  Facilitated communication skills training for officers. <br> *Completion of 900 clinical hours.* <br> *Supervisors:*   Daniel Greenstein, Psy.D., John Pindelski, Ph.D. |
| **Diagnostic Assessment Practicum Student** <br> (Full APA Accreditation) <br> 1998-1997 | *Isaac Ray Center and Section on Psychiatry and Law* <br> *Cermak Health Services for Cook County Department of Corrections* <br> *Chicago, Illinois* <br> Activities: <br> Performed intelligence and personality assessments (selected, administered, scored, and interpreted psychological batteries) with male and female inmate population under supervision of licensed clinical psychologist.  Psychological evaluations included standard cognitive and personality tests in addition to forensic tests.  Conducted psychological screenings in Intensive Treatment Unit.  Provided individual therapy, facilitated and co-facilitated four structured group therapies, including:  anger management group, victimization group, self-esteem group, and values group.  Facilitated bi-weekly substance abuse support groups for dual diagnosis unit.  Attended medication clinics with psychologist and psychiatrist.  Participated in case conferences and treatment team staffings.  Attended didactics for mental health staff.  Participated in court ordered forensic evaluation at Cook County Court Psychiatric Unit. <br> *Completion of 788 clinical hours.* <br> *Supervisors:*   Carl Alaimo, Psy.D., Gary B. Kanuik, Psy.D. |

**Neuropsychology &**
**Law Experiences**


**Clinical Neuropsychology**

| | |
|---|---|
| 2011- | Cuyahoga County Court of Common Pleas Juvenile Court Division <br> County of Cuyahoga Juvenile Diagnostic Clinic <br> *Cleveland, Ohio* <br> Consulting neuropsychologist performing delinquency-disposition/mitigation and treatment evaluations, competency to stand trial, violence/sexual violence risk assessments, bindover/waiver to adult court evaluations. Special emphasis with providing neuropsychological assessment with juvenile delinquents with |

10

histories of ADHD, learning disability, mental retardation, traumatic brain injury, epilepsy, and neurodevelopmental risk factors.

| | |
|---|---|
| 2009- 2011 | The Center for Neuropsychological Services (CNS) in the University of New Mexico Hospital and Department of Psychiatry at the University of New Mexico Health Sciences Center (UNM HSC) is the only Level One Trauma Facility and medical school in the state. The CNS receives referrals for inpatient and outpatient neuropsychological evaluations and/or consultation from a variety of departments within the UNM HSC, including Family Practice and Community Medicine, Neurology, Neurosurgery, Internal Medicine, Psychiatry, and Pediatrics.<br><br>Evaluate of a variety of patients (children, adolescents, adults, and geriatrics) with diverse neuropathology and psychopathology. Such conditions and evaluations include traumatic brain injury, epilepsy, mental retardation, cerebral-vascular disorders, brain tumor, ECT, multiple sclerosis, HIV/AIDS, dementia, ADHD, chronic medical conditions, children, adolescents, and adults with developmental disorders and mental retardation, and various psychiatric disorders including schizophrenia, bipolar disorder, substance abuse, and personality disorders. CNS provides pre and postoperative neuropsychological evaluations and Wada testing for epilepsy surgery candidates. Evaluation of forensic-legal issues including competency to consent to treatment, decisional capacity, and guardianship. Evaluation of University athletes (men's and women's soccer, and men's football) for neuropsychological pre and post concussion study. Assisted behavioral neurologist at UNM Mind Institute with evaluating clinical neurology patients. Provided regular consultations to both neurology and psychiatry physicians and medical residents.<br><br>Participated in clinical neuropsychology rotation in the Neuropsychology Polytrauma Unit at Raymond G. Murphy VA Medical Center New Mexico VA Health Care System. Evaluated a variety of patients (adults and geriatrics) with diverse neuropathology and psychopathology, including special emphasis of traumatic brain injury, substance abuse, ADHD, and PTSD. Specific clinical attention was provided in neurocognitive assessment of veterans with both PTSD and traumatic brain injury. Provided forensic evaluations regarding competency to consent to treatment and competency to make medical decisions. Attended clinical neuropsychology rounds at the Albuquerque Veteran's Administration Hospital as well as psychiatry, neuroradiology, and neurology rounds at the University of New Mexico School of Medicine. Supervision by John H. King, Ph.D., ABPP-CN and Rex Swanda, Ph.D., ABPP-CN |
| 2008-2009 | Applewood Centers, Inc.<br>*Cleveland, Ohio*<br>Conduct neuropsychological and psychological evaluations for at risk children and adolescents. Consult with treating mental health professionals regarding cognitive, neuropsychological, psychiatric, and psychological functioning of children. |
| 2006-2007 | Neurology & Neuroscience Associates, Inc. |

11

Akron, Ohio
Provide neuropsychological and clinical psychological assessments on brain injured patients, patients with dementia and seizure disorders

**Specialized Training**

| | |
|---|---|
| February, 2006 | Hare Psychopathy Checklist Revised training (Hare PCL-R) with Robert Hare, *St. Paul, Minnesota* |
| March, 2000 | Hare Psychopathy Checklist Revised training with Robert Hare, Ph.D. Sex Offender Evaluation Training, Dennis Doren, Ph.D., Douglas Epperson, Ph.D., Karl Hanson, Ph.D., Vernon Quinsey *Madison, Wisconsin* |

**PRESENTATIONS**

| | |
|---|---|
| December 8, 2013 | Substance Use and the Courts<br>Zukerman Daiker and Lear LPA and Cleveland Bar Association<br>Cleveland, OH |
| November 1, 2013 | Neuropsychological Assessment in Sexually Violent Predator Civil Commitment Proceedings<br>ATSA Annual Conference<br>Chicago, IL |
| July 14, 2013 | Neuropsychology, neuroscience, volitional impairment and sexually violent predators: A review of the literature and the law and their application to civil commitment proceedings<br>33rd International Academy of Law & Mental Health<br>Amsterdam, Netherlands |
| May 16, 2013 | Case Presentation: Forensic Evaluation of Not Guilty by Reason of Insanity in a School Shooter with Adolescent Schizophrenia<br>Case Western University and University of Cincinnati Schools of Medicine Departments of Forensic Psychiatry<br>Northcoast Behavioral Healthcare Inc.<br>Sagamore Hills, OH |
| May 15, 2013 | Forensic Neuropsychology and Violence<br>American Academy of Forensic Psychology<br>Louisville, Kentucky |
| May 2, 2013 | Alabama/Georgia Criminal Defense Lawyer Associations<br>Forensic Neuropsychological Evaluations of Clients with Traumatic Brain Injury (TBI)<br>Panama City, FL |
| March 1, 2013 | Attorney's Guide to Child Custody Evaluations<br>The Role of the Forensic Psychologist<br>National Business Institute<br>Independence, OH |

| | |
|---|---|
| November 16, 2012 | Veterans, PTSD, and Traumatic Brain Injuries<br>Death Penalty Seminar, Ohio Association of Criminal Defense Lawyers<br>Columbus, OH |
| June 1, 2012 | Risk Assessment Issues for Sex Offenders with Neurodevelopmental and Intellectual Disabilities.<br>Disabilities<br>New Jersey Association for the Treatment of Sexual Abuseres, Inc.<br>Newark, NJ |
| October 13, 2011 | Neuropsychological evaluations for the courts: A primer for criminal attorneys<br>Cuyahoga Public Defender's Office & Cleveland Criminal Defense Lawyer's Association<br>Cleveland, OH |
| October 15, 2011 | Miranda & Competency Issues in Death Penalty Litigation<br>Arkansas Criminal Defense Lawyer's Association<br>Fayetville, AR |
| September 30, 2011 | Utilizing forensic expert witnesses in sexual violence risk assessments & Utilizing an Expert in Sex Abuse Allegations<br>Alabama Criminal Defense Lawyers' Association<br>Huntsville, Alabama |
| July 17-23  2011 | Neuropsychological Correlates in Violent and Homicidal Offenders: A Legal and Neuroscience Perspective<br>32nd International Academy of Law and Mental Health<br>Berlin, Germany |
| June 17, 2011 | Death Penalty Mitigation and the Roles of the Forensic Psychologist and Clinical Neuropsychologist<br>Clark County Public Defender<br>Las Vegas, Nevada |
| January 25, 2011 | Confirming Competencies in Death Penalty Proceedings<br>Alabama Criminal Defense Lawyers Association<br>Birmingham, Alabama |
| October 23, 2010 | God's Law, Man's Law, and the Meaning of M'Naughten Wrongfulness<br>American Academy of Psychiatry and Law<br>Tucson, Arizona |
| October 1, 2010 | Neurocognitive Development and<br>Traumatic Brain Injury in Murder Defendants:<br>The Role of the Neuropsychologist<br>Virginia Indigent Defense Capital Defenders<br>Norfolk, Virginia |

| | |
|---|---|
| July 16, 2010 | Neurobiological Aspects of Violence and Aggression: Neurocognitive Development & Traumatic Brain Injury<br>Risk Factors in Sexual Homicide Cases<br>The Mind and Criminal Defense<br>Plano, Texas |
| April 15, 2010 | Assessing Competency to Waive Miranda Rights, Suggestibility, and Police-Induced Confessions<br>Cleveland Criminal Defense Lawyer's Association<br>Cleveland, Ohio |
| July 23, 2009 | Anatomy of a filicide: The Amber Hill case<br>Cuyahoga County Court Psychiatric Clinic<br>Cleveland, Ohio |
| July 16-17 2009 | Post-Traumatic Stress Disorder, Traumatic Brain Injury, Neuroscience and Violence<br>The Mind and Criminal Defense<br>Texas Defender Service<br>Plano, Texas |
| June 25, 2009 | Neuropsychological and Neurological Correlates in Violent and Homicidal Offenders: A Legal and Neuroscience Perspective<br>International Conference: Violence in Public Places and Institutions<br>University of Lancashire, Great Britain |
| June 20, 2009 | How to Utilize Forensic Psychological Evaluations within Internet Solicitation and Child Pornography Sex Cases<br>Sexually Violent Predator Risk Assessment and the Law<br>Alabama Criminal Defense Lawyers Association<br>Pensacola, Florida |
| November 21, 2008 | Examining Competency to Stand Trial<br>Ohio Association of Criminal Defense Lawyers<br>Columbus, Ohio |
| August 14, 2008 | Rethinking "Rational" in the Dusky Standard: Assessing the CWRU Killer's Functional Abilities<br>Cuyahoga County Court Psychiatric Clinic<br>Cleveland, Ohio |
| July 17-18 | The Mind and Criminal Defense<br>The Issue of Competency Throughout Your Proceedings<br>Freewill: What Is It and What Can We Do With It?<br>Insanity Evaluations and the Concept of Wrongfulness<br>The Center for American and International Law<br>Plano, Texas |
| April 25, 2008 | Indigent Criminal Defense: Advanced Skills for the Experienced |

| | |
|---|---|
| | Practitioner<br>Understanding and Defending the Mentally Impaired<br>Richmond, VA |
| January 25, 2008 | The Alabama Criminal Defense Lawyers Association<br>Loosening the Death Belt XII: Back to Basics<br>Mental Health Evidence for Both Phases<br>Birmingham, Alabama |
| September 20, 2007 | Indiana Death Penalty Conference<br>Evaluating Atkins Mental Retardation Claims<br>Merrillville, IN |
| August 2, 2007 | Forensic Psychological/Psychiatric Evaluations in Competency<br>to Stand Trial Cases: Rethinking Rational in the *Dusky* Standard<br>NACDL<br>San Francisco, CA |
| June 2, 2007 | Forensic Psychological Evaluations for the Courts<br>Cuyahoga County Criminal Defense Lawyers Association<br>Mountaineer, West Virginia |
| May 5, 2007 | Evaluating Sexual Homicide At Capital Sentencing<br>American College of Forensic Psychology<br>23rd Annual Symposium, Santa Fe, New Mexico |
| April 20, 2007 | Forensic Mental Health and the Death Penalty<br>Mississippi College of Law |
| March 23, 2007 | A Survey of the Literature on Risk Factors for Juvenile Offenders<br>Capital Defense- Punishment Phase of a Capital Trial<br>The Center For American And International Law<br>Plano, Texas |
| March 13, 2007 | Megan's Law and Sex Offender Risk Assessment: The Role of the<br>Forensic Psychologist<br>Baldwin Wallace College, College of Arts and Sciences<br>Departments of Sociology/Criminology and Psychology |
| February 23, 2007 | Forensic Psychological Evaluations in Juvenile Competency Cases<br>Cuyahoga County Public Defenders Office (Juvenile Division) |
| June 30, 2006 | 2006 Office of the State Appellate Defender of Illinois<br>Center for Justice in Capital Proceedings<br>DePaul University College of Law<br>Mitigating Madness and Sexual Deviance: 2 Capital Case Examples |
| | Consultant to PESI Healthcare Inc. 2005-2006<br>Seminar: *Dangerous and Sexually Violent Clients*<br>Portland and Eugene, Oregon, March 9-10, 2006<br>Appleton and Brookfield, Wisconsin, November 3-4, 2005 |

15

Trumbull and Rocky Hill, Connecticut; Warwick, Rhode Island
October 5-7, 2005

| | |
|---|---|
| October 27, 2005 | Testimony to Vermont House Judiciary Committee on Civil Commitment Legislation for Sexually Violent Offenders and Violent Offenders |
| October 26, 2005 | State Operated Forensic Services of Minnesota<br>Violence and Sexual Violence Risk Assessment Training |
| June 29, 2005 | Hennepin County Bar Association, 7th Annual Civil Commitment Seminar<br>Risk Assessment of Sexual Dangerousness |
| May 17, 2003 | Ohio Department of Rehabilitation and Correction, Adult Parole Authority<br>Dynamic Risk Factors in Sexual Offending |
| August 11, 2003 | Court of Common Pleas, County of Lake<br>Violence Risk Assessment of Mentally Ill Offenders |
| July, 2001 | *Ohio Association of Criminal Defense Lawyers*<br>Treatment in Lieu of Conviction |
| December, 2000 | *Eastlake Police Department*<br>Stalking |
| **Professional Memberships** | American Psychological Association Member<br>Division 41 American Psychology-Law Society Member<br>American Academy of Clinical Neuropsychology |

**References Provided Upon Request**

16