# CURRICULUM VITAE

## Timothy James Proctor, Ph.D., ABPP

*Fellowship Trained & Board Certified in Forensic Psychology*
11882 Greenville Avenue, Suite 107; Dallas, Texas 75243
(972) 644-8686 (Tel); (972) 644-8688 (Fax)

---

**Licenses:**

Licensed Psychologist, State of Texas, #32021

Licensed Sex Offender Treatment Provider, State of Texas, #99180

**Board Certification & Fellow Status:**

Board Certified in Forensic Psychology, American Board of Professional Psychology, #6382

Fellow, American Academy of Forensic Psychology

**Education:**

| | |
|---|---|
| 8/05 to 8/07 | Postdoctoral Training Program, Psychopharmacology<br>Texas A&M University, College Station, Texas |
| 9/01 to 8/02 | Postdoctoral Fellowship, Forensic Psychology<br>University of Southern California – Keck School of Medicine,<br>Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 8/97 to 8/01 | Doctor of Philosophy, Clinical Psychology (Carmen Miller Michael Award Recipient)<br>The University of Texas Southwestern Medical Center Dallas, Texas (APA-approved) |
| 8/99 to 8/01 | Predoctoral Internship, Clinical Psychology<br>The University of Texas Southwestern Medical Center, Dallas, Texas (APA-approved) |
| 9/92 to 8/96 | Bachelor of Arts, Psychology<br>Texas A&M University, College Station, Texas |

**Professional Positions & Academic Appointments:**

| | |
|---|---|
| 10/02 to Present | Clinical & Forensic Psychologist, Price, Proctor & Associates, LLP, Dallas, Texas |
| 6/03 to Present | Clinical & Forensic Psychologist, Behavioral Measures & Forensic Services Southwest, Inc., Dallas, Texas |
| 5/05 to Present | Clinical Associate Professor, Department of Psychiatry<br>The University of Texas Southwestern Medical Center, Dallas, Texas<br>Additional Appointments/Responsibilities: Psychiatry & Law Fellowship Program; Graduate School of Biomedical Sciences; and Clinical Psychology Clinical Training Committee |

| | |
|---|---|
| 9/02 to 12/03 | Adjunct Professor, Department of Psychology<br>Richland College, Richardson, Texas |
| 9/01 to 8/02 | Clinical Faculty, Department of Psychiatry<br>University of Southern California – Keck School of Medicine,<br>Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 1/02 to 9/02 | Adjunct Faculty, Department of Psychology<br>California State University – Los Angeles, Los Angeles, California |
| 8/98 to 8/02 | Teaching Assistant, Department of Psychiatry<br>University of Texas Southwestern Medical Center, Dallas, Texas |

**Clinical Experience:**

| | |
|---|---|
| 10/02 to Present | Independent Practice & Related Activities |
| 9/01 to 8/02 | Postdoctoral Fellowship (Forensic Psychology), University of Southern California – Keck School of Medicine, Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 9/01 to 8/02 | Postdoctoral Fellowship Outplacement (Forensic Psychology), Los Angeles County Jail – Twin Towers Correctional Facility, Los Angeles, California |
| 8/99 to 8/01 | Predoctoral Internship (Clinical Psychology), University of Texas Southwestern Medical Center, Dallas, Texas |
| | Training Site (8/99 to 8/00): Federal Medical Center, Carswell, Federal Bureau of Prisons, Carswell, Texas |
| | Training Site (9/00 to 9/01): Cystic Fibrosis Care and Teaching Center, Children's Medical Center, Dallas, Texas |
| 5/98 to 8/01 | Clinical Psychology Practicum, Southwestern Psychotherapy Service, Dallas, Texas |
| 5/98 to 5/00 | Clinical Psychology Practicum, Parkland Memorial Hospital—Psychiatric Emergency Room, Dallas, Texas |
| 5/98 to 8/99 | Clinical Psychology Practicum, Terrell State Hospital, Terrell, Texas |
| 9/96 to 5/97 | Psychology Practicum, Waco Center for Youth, Waco, Texas |
| 9/96 to 5/97 | Psychology Practicum, Klaras Center for Families, First-Time Offenders Program, Waco, Texas |
| 6/96 to 9/96 | Mental Health Therapist Technician, Mental Health/Mental Retardation Inpatient Crisis Residential Unit, Bryan, Texas |

| | |
|---|---|
| 5/96 to 5/96 | Undergraduate Psychology Practicum, Mental Health/Mental Retardation Inpatient Crisis Residential Unit, Bryan, Texas |

**University/Medical Center Teaching Experience:**

| | |
|---|---|
| 5/04 to Present | University of Texas Southwestern Medical Center, Dallas, Texas<br>Student Population: Doctoral Clinical Psychology Graduate Students<br>Courses/Supervision: Forensic Psychology Seminar, Southwestern Psychotherapy Service Supervisor, Internship Supervisor |
| 9/02 to 12/03 | Richland College, Richardson, Texas<br>Student Population: Undergraduate Students<br>Courses: Social Psychology, Introduction to Psychology |
| 9/01 to 8/02 | University of Southern California – Keck School of Medicine, Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California<br>Student Population: Medical Students/Psychiatry Residents<br>Course: Forensic Psychiatry Rotation |
| 1/02 to 9/02 | California State University – Los Angeles, Los Angeles, California<br>Student Population: Undergraduate Students<br>Courses: Psychology and the Law, Human Violence and Individual Change |
| 9/98 to 8/02 | University of Texas Southwestern Medical Center, Dallas, Texas<br>Student Population: Doctoral Clinical Psychology Graduate Students<br>Courses: Clinical Methods I Lab, Research Methods Lab |

**Research Experience:**

| | |
|---|---|
| 5/99 to 8/01 | Doctoral Research Apprenticeship, Productive Rehabilitation Institute of Dallas for Ergonomics (PRIDE), Dallas, Texas |
| 6/98 to 8/01 | Research Assistant (Clinical Psychology), Eugene McDermott Center for Pain Management, University of Texas Southwestern Medical Center, Dallas, Texas |
| 1/94 to 12/94 | Research Assistant (Social Psychology), Texas A&M University, College Station, Texas |

**Journal Affiliations:**

Ad Hoc Reviewer, Psychiatric Services (American Psychiatric Association)

Ad Hoc Reviewer, Psychology, Public Policy, and Law (American Psychological Association)

**Book Chapters:**

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). Treatment. In D.W. Shuman (Ed.), <u>Psychiatric and Psychological Evidence</u> (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). The professions of psychiatry and psychology. In D.W. Shuman (Ed.), <u>Psychiatric and Psychological Evidence</u> (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Theories of mental illness. In D.W. Shuman (Ed.), <u>Psychiatric and Psychological Evidence</u> (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Psychological and psychiatric diagnosis. In D.W. Shuman (Ed.), <u>Psychiatric and Psychological Evidence</u> (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

**Articles:**

Proctor, T.J., Mayer, T.G., Theodore, B, & Gatchel, R.J. (2005). Failure to complete functional restoration program for chronic musculoskeletal disorders: a prospective 1-year outcome study. <u>Archives of Physical Medicine & Rehabilitation, 86</u>, 1509-1515.

Proctor, T.J., Mayer, T.G., Gatchel, R.J., & McGeary, D.D. (2004).  Unremitting health-care-utilization outcomes of tertiary rehabilitation of patients with chronic musculoskeletal disorders. <u>Journal of Bone & Joint Surgery – American Volume, 86A</u>, 62-69.

Anagnostis, C., Mayer, T.G., Gatchel, R.J, & Proctor, T.J. (2003). The Million VAS: Its utility for predicting outcomes following tertiary rehabilitation. <u>Spine, 28</u>, 1051-1060.

McGeary, D. D., Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J.  (2003).  Gender-related differences in treatment outcomes for patients with musculoskeletal disorders.  <u>The Spine Journal, 3</u>, 197-203.

Neblett, R., Mayer, T.G., Gatchel, R.J., Keeley, J., Proctor, T.J., & Anagnostis, C. (2003).  Quantifying the Lumbar Flexion-Relaxation Phenomenon: Theory, Normative Data, and Clinical Applications.  <u>Spine, 28</u>, 1435-1446.

Hamza, M.A., White, P.F., Craig, W.F., Ghoname, E.A., Ahmed, H.E., Proctor, T.J., Noe, C.E., Vakharia, A.S., & Gajraj, N.  (2000).  Percutaneous electrical nerve stimulation (PENS): A novel analgesic therapy for diabetic neuropathic pain.  <u>Diabetic Care, 23</u>, 365-370.

Proctor, T.J., Gatchel R.J., & Robinson, R.  (2000).  Psychosocial factors and risk of pain and disability.  <u>Occupational Medicine: State of the Art Reviews, 15</u>, 803-812.

White, P.F., Phillips, J., Proctor, T.J., & Craig, W.F. (1999).  Percutaneous electrical nerve stimulation: A promising alternative-medicine approach to pain management. <u>American Pain Society Bulletin, 9</u>, 3-5.

**Abstracts:**

Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J. (2002). Does gender significantly affect treatment outcomes in work-related chronic spinal disorders? <u>The Spine Journal, 2</u>, 13.

Mayer, T.G., Gatchel, R.J., Keeley, J., Anagnostis, C., Dersh, J., Proctor, T.J., & Wilhite, J.  (2002).  A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome. The Journal of Pain, 3 (Supplement 1), 13.

Mayer, T.G, Neblett, R., Gatchel, R.J, Keeley, J., Proctor, T.J., Wilhite, J., Carrillo, P., & Anagnostis, C.J. (2002).  Quantifying the lumbar flexion-relaxation phenomenon: A two-part study. The Journal of Pain, 3 (Supplement 1), 53.

Mayer, T.G., Proctor, T.J., & Gatchel, R.J.  (2002).  The Million Visual Analogue Scale: Its utility for predicting outcomes after tertiary rehabilitation. The Spine Journal, 2, 15-16.

Neblett, R., Mayer, T.G., Gatchel, R.J., & Proctor, T.J. (2002).  Quantifying lumbar flexion-relaxation phenomenon: Theory and clinical applications. The Spine Journal, 2, 97.

Proctor, T.J. (2002). A comprehensive biopsychosocial evaluation of functional restoration completion status in chronic musculoskeletal pain disability patients. Dissertation Abstracts International, 62, 3812.

**Research Presentations:**

Mayer, T.G., R.J., Keeley, J., Dersh, J., Proctor, T., & Willhite, J.  (August 2003).  A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome.  Poster presented at World Spine II: The Second Interdisciplinary Congress on Spine Care, Chicago, Illinois.

Mayer, T.G, Neblett, R., Gatchel, R.J, Keeley, J., Proctor, T.J., Wilhite, J., Carrillo, P., & Anagnostis, C.J. (March 2002).  Quantifying the lumbar flexion-relaxation phenomenon: A two-part study. Presented at the 21st annual meeting of the American Pain Society, Baltimore, Maryland.

Mayer, T.G., Gatchel, R.J., Keeley, J., Anagnostis, C., Dersh, J., Proctor, T., & Willhite, J.  (March 2002).  A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome.  Poster presented at the 21st annual meeting of the American Pain Society, Baltimore, Maryland.

Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J.  (November 2001).  Does gender significantly affect treatment outcomes in work-related chronic spinal disorders?  Presented at the 16th annual meeting of the North American Spine Society, Seattle, Washington.

Proctor, T.J., Gatchel, R.J., & Mayer, T.G.  (November 2001).  The Million VAS: Its utility for predicting outcomes following tertiary rehabilitation. Presented at the 16th annual meeting of the North American Spine Society, Seattle, Washington.

Proctor, T.J. & Gatchel R.J. (December 2000).  Health utilization outcomes of chronic spinal disorder patients following functional restoration rehabilitation.  Poster presented at the 2001 University of Texas Southwestern Medical Center Sigma Xi Conference, Dallas, Texas.

Proctor, T.J., Mayer, T.G., Gatchel, R.J., & Ardilla, A.  (November 2000).  Persistent health utilization outcomes of tertiary rehabilitation of chronic spinal disorders.  Presented at the 15th annual meeting of the North American Spine Society, New Orleans, Louisiana.

Neblett, R., Proctor, T.J., Mayer, T.G., & Gatchel, R.J.  (October 2000).  Normalizing flexion-relaxation patterns in the low back pain population.  Poster presented at the 26th annual meeting of the Biofeedback Society of Texas, South Padre, Texas.

**Honors & Awards:**

| | |
|---|---|
| 2001 | Carmen Miller Michael Award  (Clinical Psychology Student of the Year), University of Texas Southwestern Medical Center at Dallas, Division of Psychology, Dallas, Texas |
| 1996 | Cum Laude, Texas A&M University, College Station, Texas |
| 1994-1996 | Interfraternity Council Academic Excellence Award, Texas A&M University, College Station, Texas |
| 1993-1996 | Dean's List, Texas A&M University, College Station, Texas |
| 1992 | Hattie Zurfluh Academic Scholarship Recipient, Waco, Texas |

**Professional Affiliations:**

American Academy of Forensic Psychology

American Board of Forensic Psychology

American Board of Professional Psychology

American Psychological Association

American Psychology-Law Society

Psi Chi, National Honor Society in Psychology

Texas Psychological Association (Division Membership: Forensic Practice)