IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY JR.** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL NO. 3:09-cv-01368-L |
| | § | |
| | § | DEATH PENALTY CASE |
| | § | |
| **William Stephens**, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**Notice of Substitution of Co-counsel and of Pending Disciplinary Action**

In the Joint Prehearing Statement, ECF No. 89, filed on February 4, 2015, Counsel indicated that Jeff Newberry would appear with him as co-counsel. Mr. Newberry no longer works as Counsel on Mr. Murphy's case. Kelly Hickman will appear as co-counsel in the upcoming conference and at the hearing set to convene on September 4, 2015 instead of Mr. Newberry.

Counsel also writes to advise the Court of an update in the state courts regarding the sanction imposed on him by the Texas Court of Criminal

Appeals (CCA) of which the Court is aware, *see* ECF No. 89 at 3 n.1; ECF No. 91, ECF No. 92.  In the notice filed on March 18, ECF No. 92, Counsel informed the Court that a pleading had been filed that week in the Texas Supreme Court.  On June 26, 2015, that court dismissed that petition for want of jurisdiction.  The attorneys representing Counsel are presently considering whether to pursue litigation in the federal courts.  Contemporaneously with this advisory, Counsel is filing a pleading that apprises Chief Judge Solis of this development.

Respectfully submitted,

s/ David R. Dow

_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4604 Calhoun Road
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
*Attorney for Patrick Murphy, Petitioner-Appellant*

**CERTIFICATE OF SERVICE**

      I certify that on August 25, 2015, a copy of the foregoing pleading was electronically served on counsel for the Respondent by filing the document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

Jeremy Greenwell
Office of the Texas Attorney General
Post Office Box 12548
Austin, Texas 78711
Jeremy.greenwell@texasattorneygeneral.gov

                                                                       s/ David R. Dow
                                                                       _____
                                                                       David R. Dow