EXECUTIVE DIRECTOR
  JIM MARCUS

MANAGING ATTORNEY -
AUSTIN OFFICE
  MAURIE LEVIN

TRIAL PROJECT DIRECTOR
  JOHN P. NILAND

STAFF ATTORNEYS
  BRYCE BENJET
  ELIZABETH DETWEILER
  ANDREW HAMMEL
  GREGORY W. WIERCIOCH

LEGAL ASSISTANT
  ARACELI G. SEPULVEDA

PARALEGALS
  WILLIAM "BILL" RANKIN
  KEVIN RANLETT

BOARD OF DIRECTORS

  MIKE CHARLTON,
  CHAIRMAN
  JOHN E. ACKERMAN
  RICHARD BURR
  DAVID R. DOW
  EDEN E. HARRINGTON
  JAN E. HEMPHILL
  ROBERT MORROW
  ROBERT C. OWEN
  PROF. JEFF POKORAK
  MARSHA RUTENBAR
  RAOUL SCHONEMANN
  MANDY WELCH

# TEXAS DEFENDER SERVICE

510 SOUTH   CONGRESS AVE, SUITE 307, AUSTIN, TEXAS   78704
VOICE: (512) 320-8300 | FAX: (512) 477-2153
www.texasdefender.org

February 19, 2001

Mr. John C. Sanchez
Attorney at Law
5630 Yale Blvd.
Dallas, Texas 75206-5035

RE: Patrick Murphy

Dear John:

I am director of the Texas Defender Service Capital Trial Project.   Our office provides free services and resources to death penalty lawyers in Texas.   I am enclosing a list of the reference material that TDS has on file.   We can make this material available to you in your defense of Mr. Murphy.   The enclosed list contains many web cites that are proving helpful to capital lawyers.

TDS also offers a free capital case brainstorming service.   If the trial team would like to use this service, the attached information sheet would be filled out by your trial team.   I would then arrange for at least one trial lawyer, one   appellate or post-conviction lawyer and a mitigation specialist to brainstorm your case by conference call.   In the brainstorming session, the lawyers can offer suggestions on theories and themes of the case, trial strategies, theories for the mitigation presentation during the penalty phase of the trial and possible expert witnesses.   Naturally, all communications are confidential.

TDS maintains a list of those social workers in your area who possess a master's degree (MSW) and who are interested in performing mitigation investigations in capital cases.   I would be pleased to help you locate a mitigation investigator as well as any other expert witnesses that you

---

HOUSTON OFFICE: 412 MAIN, SUITE 1150, HOUSTON, TEXAS 77002
VOICE: (713) 222-7788 | FAX: (713) 222-0260

feel that you need. in defense of your client.

I am sure that you are familiar with Steve Losch's hornbook entitled *Death Penalty Law and Practice*.    This is an invaluable reference for those defending capital cases.   A copy can be purchased through the Texas Criminal Defense lawyers Association.

Should you feel that TDS can be of help to your team,    please call me at the Austin number during business hours or at my home at (512) 394-0485.   You may email me at jniland@texasdefender.org.

                                  Sincerely,

                                  John P. Niland