SOCIAL WORKERS WHO ARE AVAILABLE IN THE DALLAS AREA


Adams, Molly   (1)
4727 N. Central Expressway
Dallas, TX  75205
discogirl1977@aol.com

Tacy Belin
1135 Hurst Street
Center, TX 75935

Joe Anne Dent
P.O. Box 507
Lone Oak, TX 75453

Nancy Dahle
655 Park Blvd. #220
Grapevine, TX 76051

Kim Fite
2742 Sharon
Dallas, TX 75211
(214) 232-1075
tenisbuddy@aol.com

Debbie Emmet
203 Pauline Drive
Richardson, TX
debbie-emmet@webtv.net

June Ford
2804 Terry Court
Denton, TX 76201(940) 387-0940
jford2804@aol.com

Jamie Garrett
Coppell Counseling Center
580 Denton tap
Suite 270
Coppell TX 75019

Debi Goodner

RR1 Box 1060
Chireno, TX 76148
debigoo44!yahoo.com

Sandi Hebli
12304 Shiremont
Dallas, TX 75230
shebley@airmail.net

Art Lozano
Westover Professional Building
4100 Heritage Avenue, Suite 103
Grapevine, TX   76051
(817) 282-1911
(817) 282-1889


Brenda Maxey
2702 Brookshire Drive
Carrollton, TX 75007
(972) 323-0987

Milinda Mezayek
613 Tryon Court
Tyler, TX 75703
milgdavis@ail.com

Michelle Miller
4727 N. Central Expressway
Dallas, TX 75205
juliet2402@aol.com

Laura Minnick
203 Yosemite Dr.
Mansfield, TX 76063

Barbara Morgan
P.O. Box 127
Gilmere TX 75644
ronmorgan@earthlink.net

Cathryn Murray
P.O. Box 270155
Flower Mound, TX 75027-0155

Marie Shelton
#1 Oak Hill
Bivins, TX 75555
kdmt.shelton@juno.net