STATE OF ALASKA                )
                               )
ALEUTIANS WEST CENSUS AREA     )

### Declaration of Jane Bye

1. My name is Jane Bye. I am over the age of eighteen and am otherwise competent to make this declaration.

2. I am a trained mitigation investigator and have attended many trainings.

3. In 2002, I was working in Texas and available to assist capital trial teams with mitigation investigations. At that time, my name was Jane McHan.

4. I did not work for any of the Trial teams representing the members of the Texas 7. I do not recall ever being contacted by Brook Busbee to work as part of Patrick Murphy's team. Had Ms. Busbee contacted me, I might have been available to work with her as a mitigation specialist.

I have read the above 4 paragraphs, and pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of October, 2015.

_____
Jane Bye