IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY,** § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| V. § | Civil Action No. 3:09-CV-1368-L | |
| § | | |
| **LORIE DAVIS,** Director, § | (Death Penalty Case) | |
| Texas Department of Criminal Justice § | | |
| Correctional Institutions Division, § | | |
| § | | |
| Respondent. § | | |

## JUDGMENT

This judgment is issued pursuant to the court's memorandum opinion and order, dated March 31, 2017. It is therefore **ordered, adjudged,** and **decreed** that this habeas action, which was brought pursuant to 28 U.S.C. § 2254, is **dismissed with prejudice**. All relief requested by Petitioner Patrick Murphy is **denied**. The clerk of the court **shall** transmit a copy of this judgment and a copy of the memorandum opinion and order dated March 31, 2017, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to all parties.

**Signed** this 31st day of March, 2017.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**