IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-1368-L-BN |
| | § | |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

**RESPONDENT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

The Director was last represented in this cause by Assistant Attorney General Jeremy C. Greenwell. However, Mr. Greenwell has since left the Criminal Appeals Division; thus, it became administratively necessary to reassign this case to undersigned counsel. Therefore, the undersigned moves this Court to allow Jeremy C. Greenwell to withdraw as counsel and allow Assistant Attorney General Gwendolyn S. Vindell to substitute as lead counsel representing the Director in this federal habeas corpus action. The undersigned has been licensed to practice in the State of Texas since November 1, 2013, and is a member in good standing with the State Bar of Texas. The undersigned will comply with the rules of the court, and the request for substitution is not intended to harass the Petitioner or to delay this proceeding. All correspondence should be sent to the same address.

For the foregoing reasons, the Director requests that this Court allow Jeremy C. Greenwell to withdraw as counsel and substitute Gwendolyn S.

Vindell as the Assistant Attorney General representing the Director in this federal habeas corpus action. The Director also requests that Assistant Attorney Generals Tomee Morgan Heining and Laura G. Turbin be removed as counsel to be noticed.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Assistant Attorney General
Chief, Criminal Appeals Division

s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL*
*Lead Attorney    Assistant Attorney General
State Bar No. 24088591

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Gwendolyn S. Vindell, Assistant Attorney General of Texas, do hereby certify that opposing counsel, David R. Dow, confirmed by email on April 5, 2017, that he is unopposed to this motion.

s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, April 6, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to lead counsel, who has consented in writing to accept this Notice as service of this document by electronic means:

David R Dow
University of Houston Law Center
4604 Calhoun Road
Houston, TX 77204-6060
713/743-2171
Fax: 713/743-2131
Email: ddow@central.uh.edu

s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General
