Case 3:09-cv-01368-L-BN Document 120 Filed 04/06/17 Page 1 of 1 PageID 1666

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 6 2017
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-1368-L-BN |
| | § | |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

## ORDER

On the motion of Respondent, Jeremy C. Greenwell is removed as lead counsel for Respondent, Tomee Morgan Heining and Laura G. Turbin are removed as counsel to be noticed, and Assistant Attorney General Gwendolyn S. Vindell is substituted thereof.

It is so ORDERED.

SIGNED on this the 6th day of April, 2017.

_____
JUDGE PRESIDING