# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: N.D. Tex. _____ District Court Docket No. 3:09-cv-01368-L-BN

Short Case Title: Murphy v. Davis

**ONLY ONE COURT REPORTER PER FORM**  Court Reporter: Todd Anderson

Date Notice of Appeal Filed by Clerk of District Court: November 28, 2017 ____ Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ■Transcript is already on file in the Clerk's Office
OR
Check All of the Following that Apply, Include date of the proceeding.
This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____  ☐Voir Dire: _____
☐Opening Statement of Plaintiff: _____  ☐Opening Statement of Defendant: _____
☐Closing Argument of Plaintiff: _____  ☐Closing Argument of Defendant: _____
☐Opinion of court: _____  ☐Jury Instructions: _____  ☐Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;   ☐Advance Payment waived by reporter;   ☐U.S. Government Funds
☐Other _____

Signature _[signed]_ _____ Date Transcript Ordered 9/8/15

Print Name David R. Dow _____ Phone: 713-743-2171

Counsel for Patrick Henry Murphy

Address 4604 Calhoun Rd., Houston, Texas 77204-6060

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____
☐Payment Arrangements have NOT been made. Reason: ☐Deposit not received ☐Unable to contact ordering party
☐Other (Specify) _____

Date: _____ Signature of Reporter: _____ Tel. _____

Email of Reporter: _____ Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____  Actual Number of Volumes: _____

Date: _____ Signature of Reporter: _____