IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────

No. 17-70030

───────────────────

D.C. Docket No. 3:09-CV-1368

United States Court of Appeals
Fifth Circuit
**FILED**
June 11, 2018
Lyle W. Cayce
Clerk

PATRICK HENRY MURPHY,

     Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

     Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before KING, ELROD, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued as the mandate on Jul 03, 2018**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**