# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 19, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Patrick Henry Murphy
v. Lorie Davis, Director, Texas Department of Criminal Justice, Correctional Institutions Division
No. 18-5948
(Your No. 17-70030)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 21, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 17-70030   Patrick Murphy v. Lorie Davis, Director
                              USDC No. 3:09-CV-1368

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Charlene A. Vogelaar, Deputy Clerk
                                        504-310-7648