CAUSE N0. F01-00328-T

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 283RD JUDICIAL |
| VS. | § § | DISTRICT COURT |
| PATRICK HENRY MURPHY, JR. | § | DALLAS COUNTY, TEXAS |

## ORDER SETTING EXECUTION DATE

The Court has reviewed the State's Motion to Set an Execution Date and finds that the motion should be granted; and whereas

The Defendant, Patrick Henry Murphy, Jr., was previously sentenced to death by the Court in the presence of his attorneys; and

There being no stays of execution in effect in this case, it is the duty of this Court to set an execution date in the above numbered and styled cause, and the Court now enters the following **ORDER:**

**IT IS HEREBY ORDERED** that the Defendant, Patrick Henry Murphy, Jr., who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice, Institutional Division, until the **28th day of March, 2019**, upon which day, at the Texas Department of Criminal Justice, Institutional Division, at some time after the hour of six o'clock p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director, as provided by law, is hereby commanded, ordered and directed to

carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said Patrick Henry Murphy, Jr. until the said Patrick Henry Murphy, Jr. is dead. Such procedure shall be determined and supervised by the said Director of the Texas Department of Criminal Justice, Institutional Division.

Within 10 days of the signing of this Order, the Clerk of this Court shall issue and deliver to the Sheriff of Dallas County, Texas, a Warrant of Execution in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice, Institutional Division, at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said Patrick Henry Murphy, Jr..

The Sheriff of Dallas County, Texas is hereby ordered, upon receipt of said Warrant of Execution, to deliver said Warrant to the Director of the Department of Criminal Justice, Institutional Division, Huntsville, Texas.

The Clerk of this Court is ordered to forward a copy of this Order to Defendant's counsel, David R. Dow, ddow@central.uh.edu, and Jeffrey R. Newberry, jrnewber@central.uh.edu, to counsel for the State, Brian Higginbotham, brian.higginbotham@dallascounty.org, and to the Director of the Office of Capital and Forensic Writs, Benjamin Wolff, Benjamin.Wolff@ocfw.texas.gov.

**SIGNED** this _29_ day of November, 2018.

JUDGE LIVIA FRANCIS
283RD JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS